**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              Case No.: 8:24-cr-486-VMC-NHA

JUSTIN ALAN SEYMOUR

---

### ADJUDICATON OF GUILT AND SCHEDULING ORDER

On April 15, 2026, a jury found Justin Alan Seymour Guilty of Counts One, Two, and Three of the Superseding Indictment.

Accordingly, it is ORDERED and ADJUDGED:

1.    That the defendant, Justin Alan Seymour, be adjudicated guilty as to Counts One, Two, and Three.

2.    That sentencing be scheduled for *July 14, 2026, at 10:00 AM,* in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida.  **Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify CRD Gretchen O'Brien at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.**

3.    Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.

**DONE** and **ORDERED** in Tampa, Florida 16th day of April 2026

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:        Counsel of Record
                  U.S. Pretrial Services
                  U.S. Probation Office