Case 8:24-cr-00486-VMC-NHA    Document 132-5    Filed 04/15/26    Page 1 of 1 PageID 600

