Case 8:24-cr-00486-VMC-NHA   Document 132-6   Filed 04/15/26   Page 1 of 1 PageID 601

