# Hillsborough County Sheriff's Office

## Photo or Live Lineup Sequence Form

Case#    Date 10/24/2024
24-1031109

I, <u>Rachel Groves</u>, have selected the following photographs/individuals to be viewed by witnesses in this incident. Each photo/image has been numbered on the back and was shown sequentially in a random order as listed below by

Deputy: Brian Beever .

| Photo/Individual Number in Order Shown | Name of Individual/Photo | Booking Number |
|---|---|---|
| 1 | Teoprepto | 24-1902 |
| 2 | David Crisp | 22-27950 |
| 3 | Justin Seymour | |
| 4 | Christopher Shev | 23-8591 |
| 5 | Joseph Bailey | 23-5744 |
| 6 | Brandon Crenshaw | 21-23618 |

# Hillsborough County Sheriff's Office
## Photo or Live Lineup Sequence Form

Case# 24-103110q

Date of Offense: 10/21/24 _____ Victim's Name: David Machaoki

Person Viewing Lineup: Christopher _____ Relationship to case: witness

### (Read the following to the person viewing the Lineup)

I am going to show you a photographic/live Lineup. This group of photographs/individuals may or may not contain the person who committed the incident now being investigated. Regardless of whether you make an identification, the Sheriff's Office will continue to investigate this incident.

Keep in mind that hairstyles, beards, and complexion can change, so focus on the facial features that you remember.

You will be shown photographs/individuals sequentially one at a time before moving to the next. All photographs/individuals will be shown to you even if you make an identification. If you recognize a person, please inform me which person you recognize and how you recognize them. Please indicate to me in your own words how certain you are of your identification.

Do not discuss with other witnesses that you have or have not identified anyone.

I, Christopher Candelario _____, understand the above information and after
(Witness's Name Printed)

viewing the Lineup, I have identified number 1 _____ as the person I recognize.

Witness Signature: Christopher Candelario  10/28/24  11:08
                                                        Date        Time

Deputy Signature/ABN: _____ 263405 _____

## PERSON IDENTIFICATION

Name: Teoprepio Aviles _____ DOB: 10/14/1995

SOID#: 8700274 _____ Race: W _____ Sex: M















**TEOPREPIO AVILES**

2024-1902



**DAVID CRISP**

2022-27950





**CHRISTOPHER SHER**

2023-8591



**JOSEPH BAILEY**

2023-5144



**BRANDON CRENSHAW**

2021-23616