UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:24-CR-486-VMC-NHA

      Plaintiff,          ☐
      Government          ☒          ☐ Evidentiary
                                        ☒ Trial
                                        ☐ Other

  v.

JUSTIN SEYMOUR

      Defendant          ☐

# SECOND AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 4/13/26 | 4/13/26 | Before first witness | 911 call |
| 2 (a-o) | | | | Photos of Scene of Robbery |
| 3 (a-c) | | | | Surveillance video from delivery vehicle |
| 4 (a-k) | | | | Still shots from surveillance video from delivery vehicle |
| 5 | | | | Photo pack shown to Victim 1 |
| 6 (a-f) | | | | LPR Photos |
| 7 | | | | Video of photo pack shown to Victim 1 |
| 8 | | | | Photo pack shown to Victim 2 |
| 9 | | | | Aerial surveillance aviation video of Defendant's vehicle |
| 10 (a-b) | | | | Body camera from Detective Lenzmeierer |
| 11 | | | | Firearm recovered from Defendant's person |
| 11 R | | | | Representative photo of firearm recovered from Defendant's person |

Case No.:                                              Page 2 of 3 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 12 | 4/13/26 | 4/13/26 | Before first witness | Ammunition recovered from Defendant's vehicle |
| 12 R | | | | Representative photo of ammunition recovered from Defendant's vehicle |
| 13 (a-e) | | | | Cell Phone location data for the Defendant's cell phone |
| 14 | | | | Summary Exhibit of Cell Phone and LPR data |
| 15 (a-i) | | | | Photos of the Defendant's vehicle at scene of traffic stop |
| 16 (a-k) | | | | Photos of the Defendant from October 23, 2024 |
| 17(a-d) | | | | Photos of items of clothing recovered from Defendant's car |
| 18 (a-t) | | | | Photos from the search warrant execution of the Defendant's car |
| 19 (a-cc) | | | | Walmart Surveillance Video and still shots from surveillance video |
| 20 | | | | |
| 21 | | | | Summary Exhibit SA Gardner |
| 22 | | | | Certified Conviction for robbery |
| 23 | | | | Arm sleeves recovered from Defendant's vehicle |
| 23 R | | | | Representative photo of Arm sleeves recovered from Defendant's vehicle |
| 24 | | | | Defendant's shoes |
| 24 R | | | | Representative photo of Defendant's shoes |
| 25 | | | | Defendant's Cell Phone |
| 25 R | | | | Representative Photo of Defendant's cell phone |
| 26 | | | | Preliminary Device Report of Defendant's Cell phone |
| 27 | | | | Defendant's Cellphone extraction |
| 28 | | | | Cloth pouch from Defendant's car |

Case No.:                                          Page 3 of 3 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 28R | 4/13/26 | 4/13/26 | Before first witness | Representative Photo from cloth pouch from Defendant's car |
| 29 | | | | Firearm holster |
| 29R | | | | Representative Photo of firearm holster |
| 30 | | | | Black joggers found in vehicle |
| 31R | | | | Representative Photo of black joggers found in vehicle |
| 32 (a-b) | | | | Seymour Book In Photos |
| 33 | | | | Video from cell phone |