# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:  4g

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

