# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  5

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

# Hillsborough County Sheriff's Office
## Photo or Live Lineup Sequence Form

Case# 24-1031109

Date of Offense: 10/21/24    Victim's Name: David Machowski

Person Viewing Lineup: David Machowski    Relationship to case: VICTIM

### (Read the following to the person viewing the Lineup)

I am going to show you a photographic/live Lineup. This group of photographs/individuals may or may not contain the person who committed the incident now being investigated. Regardless of whether you make an identification, the Sheriff's Office will continue to investigate this incident.

Keep in mind that hairstyles, beards, and complexion can change, so focus on the facial features that you remember.

You will be shown photographs/individuals sequentially one at a time before moving to the next. All photographs/individuals will be shown to you even if you make an identification. If you recognize a person, please inform me which person you recognize and how you recognize them. Please indicate to me in your own words how certain you are of your identification.

Do not discuss with other witnesses that you have or have not identified anyone.

I, _David Machowski_ , understand the above information and after
(Witness's Name Printed)

viewing the Lineup, I have identified number _3_ as the person I recognize.

Witness Signature: _David Michael_    10-24-24    18:50
                                                        Date         Time

Deputy Signature/ABN: _____ 260283

---

## PERSON IDENTIFICATION

Name: Justin Seymour    DOB: 9/27/87

SOID#: 917300    Race: W    Sex: M

DISC-00130

# Hillsborough County Sheriff's Office

## Photo or Live Lineup Sequence Form

Case#   Date 10/24/2024

24-1031109

I, Rachel Groves, have selected the following photographs/individuals to be viewed by witnesses in this incident. Each photo/image has been numbered on the back and was shown sequentially in a random order as listed below by

Deputy:_____.

| Photo/Individual Number in Order Shown | Name of Individual/Photo | Booking Number |
|---|---|---|
| 1 | Teoprepio Aviles | 24-1902 |
| 2 | David Crisp | 22-72950 |
| 3 | Justin Seymour | |
| 4 | Christopher Sher | 23-8591 |
| 5 | Joseph Bailey | 23-5144 |
| 6 | Brandon Crenshaw | 21-23616 |

DISC-00131



DISC-00132



DISC-00133



DISC-00134



DISC-00135



DISC-00136



DISC-00137



**TEOPREPIO AVILES**

2024-1902



**DAVID CRISP**

2022-27950





**CHRISTOPHER SHER**

2023-8591



**JOSEPH BAILEY**

2023-5144



**BRANDON CRENSHAW**

2021-23616

DISC-00138