# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:  6b

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

License plate read

Case 8:24-cr-00486-VMC-NHA    Document 136-29    Filed 04/15/26    Page 2 of 2 PageID 699



878BMVT, -, 10/23/2024 10:29:00 AM