# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  6d

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____



Hillsborough County FL SO-#25 NB Gunn Hwy at Line
28.040449906188304 , -82.50882765857641 10/21/2024 15:10:48 EDT