# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  8

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

# Hillsborough County Sheriff's Office

## Photo or Live Lineup Sequence Form

Case#    Date 10/24/2024

24-1031109

I, <u>Rachel Groves</u>, have selected the following photographs/individuals to be viewed by witnesses in this incident. Each photo/image has been numbered on the back and was shown sequentially in a random order as listed below by

Deputy: Brian Beever .

| Photo/Individual Number in Order Shown | Name of Individual/Photo | Booking Number |
|---|---|---|
| 1 | Teoprepto | 24-1902 |
| 2 | David Crisp | 22-27950 |
| 3 | Justin Seymour | |
| 4 | Christopher Snev | 23-8591 |
| 5 | Joseph Bailey | 23-5144 |
| 6 | Brandon Crenshaw | 21-23618 |

# Hillsborough County Sheriff's Office
## Photo or Live Lineup Sequence Form

Case# 24-1031109

Date of Offense: 10/21/24    Victim's Name: David Machacki

Person Viewing Lineup: Christopher    Relationship to case: witness

### (Read the following to the person viewing the Lineup)

I am going to show you a photographic/live Lineup. This group of photographs/individuals may or may not contain the person who committed the incident now being investigated. Regardless of whether you make an identification, the Sheriff's Office will continue to investigate this incident.

Keep in mind that hairstyles, beards, and complexion can change, so focus on the facial features that you remember.

You will be shown photographs/individuals sequentially one at a time before moving to the next. All photographs/individuals will be shown to you even if you make an identification. If you recognize a person, please inform me which person you recognize and how you recognize them. Please indicate to me in your own words how certain you are of your identification.

Do not discuss with other witnesses that you have or have not identified anyone.

I, Christopher Candelario , understand the above information and after
(Witness's Name Printed)

viewing the Lineup, I have identified number 1 as the person I recognize.

Witness Signature: Christopher Candelario   10/28/24   11:08
                                             Date         Time

Deputy Signature/ABN:          263405

## PERSON IDENTIFICATION

Name: Teorepio Aviles    DOB: 10/14/1995

SOID#: 8700274    Race: W    Sex: M















**TEOPREPIO AVILES**

2024-1902



**DAVID CRISP**

2022-27950





**CHRISTOPHER SHER**

2023-8591



**JOSEPH BAILEY**

2023-5144



**BRANDON CRENSHAW**

2021-23616