# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  14

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

# FBI CELLULAR ANALYSIS SURVEY TEAM

# HISTORICAL MOBILE DEVICE LOCATION ANALYSIS

 

Special Agent Kevin Corrigan
Cellular Analysis Survey Team
FBI Tampa Division

ATF Case #: 25-01748

Account Records Analyzed:

**(813) 785-4003 (T-Mobile)**

**December 29, 2025**

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

1



**1.          Background**

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to analyze cell phone records for **(813) 785-4003** ("target cell phone").  The target cell phone is believed to be associated with an armed robbery that occurred on October 21, 2024, at approximately 11:24 a.m. at the Domino's Pizza, located at 7104 E. Fowler Ave., Tampa, Florida.

**2.          Methodology**

An analysis was performed on the call detail records, including timing advance records, obtained for the target cell phone.  The call detail records and timing advance records documented the network interaction to and from the target cell phone.  Additionally, the records documented the cell tower and cell sector ("cell site") that served the cell phone during this activity, and for timing advance, a calculated distance from the tower.  Used in conjunction, the call detail records, timing advance records, and a list of cell site locations illustrate an approximate location of the target cell phone.

**2.1          Cell Site Locations**

Cell sites in existence during the time of the incident were loaded into mapping software using the latitude and longitude coordinates of the cell sites maintained by the service provider. The cell sites associated with the target cell phone were located utilizing the mapping software and the plotted cell site data.

**3.          Conclusions**

A historical cell site analysis was performed on the call detail records for the target cell phone.  The methods detailed in Sections 2 and 2.1 were used to produce the attached historical mobile device location analysis map. The conclusions of the historical cell site analysis performed revealed the target cell phones were utilizing the cellular tower and sector depicted in the attached illustrations. The analysis may not describe or depict all events listed in the call detail or timing advance records.

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# SECTOR ILLUSTRATION





Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.

# SECTOR MAPPING ILLUSTRATION

Case 8:24-cr-00486-VMC-NHA    Document 136-37    Filed 04/15/26    Page 5 of 14 PageID 728

- When displayed on a map, a sector illustration shows the general area of coverage as it relates to a specific geographic area and indicates incoming or outgoing activity

- Neighboring cell sites aid in the estimation of coverage areas for each respective sector

- All maps are oriented to true north



Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.




Case 8:24-cr-00486-VMC-NHA    Document 136-37    Filed 04/15/26    Page 6 of 14 PageID 729

- When displayed on a map, a timing advance illustration shows the calculated distance of a mobile device from the cell site based upon a round-trip time measurement taken during a call, text message, data session, or other network event

- Neighboring cell sites do not have any impact on the calculated distance of the mobile device from the displayed cell site

**LEGEND**

● Cell Site

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# GEOGRAPHIC OVERVIEW




| LEGEND | |
|---|---|
| **CS** | **Crime Scene** <br> 7104 E Fowler Ave, Tampa, FL |
| **1** | **LPR 1** <br> Gun Highway @ W Linebaugh Ave, Tampa, FL |
| **2** | **LPR 2** <br> N Himes Ave @ W Waters Ave, Tampa, FL |
| **3** | **LPR 3** <br> E Fletcher Ave @ N 15th St, Tampa, FL |
| **4** | **Location 4** <br> 2701 E Fletcher Ave, Tampa, FL |
| **5** | **Traffic Stop** <br> 15501 Bruce B Downs Blvd, Tampa, FL |




# Cell Site Interactions for **813-785-4003**, **October 21, 2024**, **11:23 a.m. to 11:32 a.m.**

**LEGEND**

**CS** **Crime Scene**
7104 E. Fowler Ave., Tampa, FL

● T-Mobile Cell Site (September 2024)

Cell ID 1606019-313 (270°)

**11:23:23 AM to 11:31:53 AM** | 0.02 to 0.05 miles
52 cell site interactions




# Cell Site Interactions for **813-785-4803**, **October 21, 2024**, **3:10 p.m.**

## LEGEND

**LPR 1**
Gun Highway @ W Linebaugh Ave, Tampa, FL

● T-Mobile Cell Site (September 2024)

Cell ID 1598662-303 (270°)

**3:10:03 PM to 3:10:52 PM** | 0.41 to 0.46  miles
6 cell site interactions

Hillsborough County FL SO-#25 NB Gunn Hwy at Line
28.040449906133904 / -82.50003746505744
10/21/2024 15:10:48 EDT

# Cell Site Interactions for **813-785-4003**, **October 23, 2024**, **10:09 a.m. to 10:11 am.**



**LEGEND**

**LPR 2**
N Himes Ave @ W Waters Ave, Tampa, FL

● T-Mobile Cell Site (September 2024)

878BMVT, -, 10/23/2024 10:10:33 AM

Cell ID 1613909-302 (45°)
**10:09:53 AM to 10:10:04 AM** | 0.05 miles
2 cell site interactions





# Cell Site Interactions for **813-785-4003**, **October 23, 2024**, **10:28 a.m. to 10:30 am.**

## LEGEND

**LPR 3**
E Fletcher Ave @ N 15th St, Tampa, FL

● T-Mobile Cell Site (September 2024)

878BMVT, -, 10/23/2024 10:29:00 AM

Cell ID 1610828-313 (300°)

**10:28:51 AM to 10:28:57 AM | 0.46 to 0.49 miles**
(2 cell site interactions)

Cell ID 1602388-314 (260°)

**10:28:57 AM to 10:29:02 AM | 1.60 to 1.65 miles**
2 cell site interactions

# Cell Site Interactions for **813-785-4003**, **October 23, 2024**, **10:56 a.m. to 10:57 a.m.**





## LEGEND

**Location 4**
2701 E Fletcher Ave, Tampa, FL

● T-Mobile Cell Site (September 2024)

Cell ID 1608875-301 (0°)

**10:56:29 AM to 10:56:31 AM** | 0.05 miles
2 cell site interactions

# Cell Site Interactions for 813-785-4003, October 23, 2024, 11:03a.m.



**LEGEND**

**5** **Traffic Stop**
15501 Bruce B Downs Blvd, Tampa, FL

● T-Mobile Cell Site (September 2024)

Cell ID 1612546-311 (45°)

**11:03:52 AM to 11:03:55 AM** | 0.29 to 0.34 miles
2 cell site interactions

# END OF REPORT





THIS PAGE INTENTIONALLY LEFT BLANK.