# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 18a

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

