# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  181

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

You could win
Visit survey.walmart
For more details, see back of receipt.

# Walmart

WM Supercenter
813-949-4238 Mgr. SHANE
1575 LAND O LAKES BLVD
LUTZ FL 33549
ST# 00988 OP# 009002 TE# 02 TR# 00079

# ITEMS SOLD 4
TC# 8701 2976 266 1377 2678



| 1P HAMMOCK | 883698997270 | 24.96 X |
| MENS TEE | 882932643680 | 6.98 X |
| SALAD BOWL | 6811311 5060 F | 2.97 N |
| ZH SL SPRING 07343 4140 F | | 1.74 N |

SUBTOTAL            36.65
TAX1   7.000%        2.24
                      39
DEBIT                 09
CHANGE              0.00

EFT DEBIT      PAY FROM
38.89  TOTAL PURCHASE
US DEBIT- 1007 I 0 REF # 428818169536
NETWORK ID. 000L APPR. CODE 788502
AID A0000000980840
TERMINAL # 22055517
*No Signature Required
10/14/24        06:56:34



Get free delivery
from this store
with Walmart+

Scan for 30 day free trial.

Low prices You Can Trust. Every Day.
10/14/24        06:56:49