# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  18m

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

EFT DEBIT      PA FROM
    38.89  TOTAL PURCHASE
US DEBIT- 1007 I 0 REF # 42881816953
NETWORK ID. 000L APPR. CODE 788502
AID A0000000980840
TERMINAL # 22055517
*No Signature Required
        10/14/24      06:56:34

Get free delivery
from this store
with Walmart+

Scan for 30 day free trial.

Low prices You Can Trust. Every Day.
        10/14/24      06:56:49