# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  18p

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

# STATE OF MICHIGAN
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CERTIFICATE OF LIVE BIRTH

LF 382

CF

121 - 0099712

State File Number

**1. CHILD'S NAME (First, Middle, Last, Suffix)**

Justin Alan Seymour

| 2. SEX | 3a. PLURALITY - Single, Twin, Triplet, etc. (Specify) | 3b. IF NOT SINGLE BIRTH - First, Second, Third, etc. (Specify) | 4a. DATE OF BIRTH (Month, Day, Year) | 4b. TIME OF BIRTH |
|---|---|---|---|---|
| Male | Single | | September 27, 1987 | 9:15 am |

**5a. CHILD'S BIRTHPLACE (Hospital or Address if other)** 

**5b. COUNTY**

| 6a. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last) | 6b. MOTHER'S FULL NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| Catherine E. Seymour | Catherine Evelyn LaFreniere |

| 7a. STATE OF BIRTH - Name Country if not USA | 7b. DATE OF BIRTH OR AGE | 7c. COUNTY OF RESIDENCE | 7g. STATE OF RESIDENCE |
|---|---|---|---|
| Michigan | 35 | Delta | Michigan |

| 8a. FATHER'S CURRENT LEGAL NAME (First, Middle, Last) | 8b. STATE OF BIRTH - Name Country if not USA | 8c. DATE OF BIRTH OR AGE |
|---|---|---|
| Lawrence Joseph Seymour | Michigan | 54 |

**9a. REGISTRAR'S SIGNATURE**

\\S\\ Michael R. Albert

**9b. DATE FILED BY LOCAL REGISTRAR - (Month, Day, Year)**

September 30, 1987