# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 18s

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

Case 8:24-cr-00486-VMC-NHA   Document 135-30   Filed 04/15/25   Page 2 of 2 PageID 822



You could win a $1000 GiftCard!
Visit survey.walmart.com#7TNGS9QJM2N
For more details, see back of receipt.

# Walmart

WM Supercenter
727-724-7777 Mgr. DAYNE
23106 US HIGHWAY 19 N
CLEARWATER FL 33765
ST# 02081 OP# 005273 TE# 09 TR# 02459

# ITEMS SOLD 3
TC# 9079 6092 6678 2054 9647

| | | | |
|---|---|---|---|
| SC COLA 2L | 078742226570 F | 1.00 X |
| .92OZ JL STK | 017082886920 F | 1.14 N |
| .92OZ JL STK | 017082886920 F | 1.14 N |

| | |
|---|---|
| SUBTOTAL | 3.28 |
| TAX1   7.0000 % | 0.07 |
| TOTAL | 3.35 |
| GIFTCARD TEND | 3.35 |
| CHANGE DUE | 0.00 |

SHOPPING CARD REDEMPTION          3.35
APPR. CODE 070766

| Beg Bal | Tran Amt | End Bal |
|---|---|---|
| 4.89 | 3.35 | 1.54 |

10/21/24          20:34:08

Get free delivery
from this store
with Walmart+

Scan fo 30-day free t al.

u Can Trust. Every Day.
Low Prices     24      20:34:12