# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  18t

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____



You could win a $1000 GiftCard!
Visit survey.walmart.com#7TNGGP13M4W5
For more details, see back of receipt.

# Walmart

WM Supercenter
813-371-6612 Mgr. VANNA
15302 N. NEBRASKA AVE.
TAMPA FL 33613
ST# 03197 OP# 009011 TE# 11 TR# 00429

# ITEMS SOLD 6
TC# 8221 2281 2649 1784 4034

```
BW 1 ROLL     074024076370      0.68 X
IT 30L TAP    880062750038      2.98 X
F WV PR BA    747438492040      4.57 X
TINT 20       019912530080     10.47 X
GLASSCLEANER  078742221960      1.48 X
MC XTRA POWR  037000042490      3.24 X

              SUBTOTAL         23.42
       TAX1  7.5000 %           1.76
              TOTAL            25.18
              CASH TEND         5.00
         WMP VISA TEND         20.18
              CHANGE DUE        0.00
```

WALMART PAY
EFT DEBIT    DECLINED TRANSACTION
ACCOUNT #- 8103  0
NETWORK ID.
      10/18/24      17:05:00

WALMART PAY
EFT DEBIT    DECLINED TRANSACTION
ACCOUNT #- 8103  0
NETWORK ID.
      10/18/24      17:06:22

WALMART PAY
ACCOUNT #- 4881  0 APPR#931381
 20.18  TOTAL PURCHASE
      10/18/24      17:07:29

Get free delivery
from this store
with Walmart+

Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      10/18/24      17:07:3?