# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  22

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

## IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

CASE NO: **19-CF-007101-A**

**STATE OF FLORIDA**

**VS**

Division: **B**

Offense Date: **5/21/2019**

Case Number: **19-CF-007101-A**
SEYMOUR, JUSTIN ALAN
2912 CRAWFORD ST E
Tampa, FL 33610

Defense Case Number: **19-CF-007101-A**
Address: DEFENDER, PUBLIC
PO BOX 172910
TAMPA, FL 33672

## JUDGMENT AND SENTENCE

The above named Defendant is now before the Court:

**State:** RODDENBERRY , SARAH SMALL and having

\_\_\_\_\_been tried and found guilty by jury/by court of the following crime(s)

\_\_X\_\_entered a plea of guilty to the following crime(s)

\_\_\_\_\_entered a plea of nolo contendere to the following crime(s)

| Cnt | Charge Description | Lev Deg | Plea | Disp Date | Disposition |
|-----|--------------------|---------|------|-----------|-------------|
| 1 | 8121312A ROBBERY  FIREARM OR DEADLY WEAPON  LESS THAN $(ATTEMPT - FS 777.04(1)) | F1 | GUILTY BEST INTEREST PLEA | 10/21/19 | ADJUDGED GUILTY |
| 2 | 8121312A ROBBERY  FIREARM OR DEADLY WEAPON  LESS THAN $(ATTEMPT - FS 777.04(1)) | F1 | GUILTY BEST INTEREST PLEA | 10/21/19 | ADJUDGED GUILTY |

**Ct. 1, 2   SENTENCE: CRIMINAL**

STATE PROBATION (24 MONTHS )

Provisions
- DRUG AND ALCOHOL EVALUATION AND MENTAL HEALTH EVALUATION WITHIN 30 DAYS AND FOLLOW UP WITH ANY RECOMMENDED TREATMENT
- MENTAL HEALTH EVALUATION - COMPLETE TREATMENT IF NECESSARY
- MANDATORY COURT COST IMPOSED
- NO CONTACT WITH VICTIM OR PROPERTY
- NO WEAPONS, BB GUNS, FIREARMS
- REPORT TO PROBATION WITHIN 24 HOURS OF RELEASE
- PROBATION MAY TRANSFER TO TENNESSEE
- COURT HAS NO OBJECTION TO DEFENDANT RESIDING IN SARASOTA UNTIL TRANSFER

Sentence Status (EACH COUNT EACH COUNT CONCURRENT)

**Fees :**
- **$100.00**   CR-2399 INVESTIGATIVE COSTS SAO REVENUE FS 938.27(8)   **FS AUTH:** 938.27(8)
- **$200.00**   CF-R252 ADDITIONAL COURT COST - CLERK - CIR CRIM   **FS AUTH:** 938.05(1)(a)

SEYMOUR, JUSTIN ALAN   19-CF-007101-A          Page 1 of 3          herzogda

DISC-00295

- **$1.00**   CF-R617 CRIMES COMPENSATION FEE 938.03   **FS AUTH:** 938.03
- **$3.00**   CF-RA20 CRIME STOPPERS TRUST FUND FEE   **FS AUTH:** 938.06
- **$50.00**   CR-8081 CRIME PREVENTION   **FS AUTH:** 775.083(2)
- **$65.00** CR-8097 ADDITIONAL COSTS (BOCC) - PROGRAMS   **FS AUTH:** 939.185(1)(a)/ORD 18-42(a)
- **$49.00**   CR-8311 FCCA CRIMES COMPENSATION TRUST FUND   **FS AUTH:** 938.03
- **$17.00**   CR-A362 CRIME STOPPERS TRUST FUND   **FS AUTH:** 938.06
- **$25.00**   **FS AUTH:** 938.05(1)(a)
- **$3.00**   CR-2616 STATE ASSESSMENT (ADDL CRT COST CLEAR) 938.01   **FS AUTH:** 938.01
- **$2.00**   CR-2629 HILLSBOROUGH COUNTY LOCAL ASSESSMENT   **FS AUTH:** 938.15 318.18(11)(d)
- **$49.00**   CR-2780 PD APP FEE - INDIGENT CRIMINAL TRUST FUND   **FS AUTH:** 27.52(1)(b)
- **$0.20** CR-4005 PD APP ADDL FEE - CLERK OF COURT T.F./DOR/GEN FUND   **FS AUTH:** 27.52(1)(b)
- **$0.80** IN-3991 PD APP FEE- INDIGENT CRIM TR FEE 2%- CLERKS OF CT TF   **FS AUTH:** 27.52(1)(b)
- **$100.00** CR-2810 DOR-JAC INDIGENT CRIMINAL DEFENSE TRUST FUND **FS AUTH:** 938.29 – 27.562
- **$6.00**   CF-R229 FELONY PREP FEE FOR CRIMINAL JUDGMENT - 28.24(8)   **FS AUTH:** FS 28.24(8)
- **$1.00** CR-R229D FELONY PREP FEE FOR CRIMINAL JUDGMENT - 28.24(8)   **FS AUTH:** FS 28.24(8)
- **$6.00**   CF-R228 FELONY PREP FEE FOR CRIM SATISFACTION - 28.24(8)   **FS AUTH:** FS 28.24(8)
- **$1.00**   CR-R228D FELONY PREP FEE FOR CRIM SATISFACTION - 28.24(8)   **FS AUTH:** FS 28.24(8)
- **$10.00**   TF-1100S RECORDING FEE FOR CRIM SATISFCTN 28.24(12)(a)(b)(d)   **FS AUTH:** FS 28.24(12)(a)(b)(d)

**Fee Total : $689.00**

**\*\*FEE TOTALS INCLUDE ALL OUTSTANDING FEES OWED ON THE CASE AT THE TIME OF THIS JUDGMENT, EXCEPT FOR COST OF SUPERVISION AND THE PROBATION SERVICE FEE. SEE ORDER OF PROBATION FOR DETAILS. THE ABOVE FEES INCLUDE THE ASSESSMENT OF JUDGMENT AND SATISFACTION FEES, AS APPLICABLE.**

**If you are a "qualifying offender" under section 943.325, Florida Statutes, you are required to submit a DNA sample in a manner consistent with Florida law.**

The defendant SHALL pay all mandatory and discretionary costs, fines, fees, penalties, & surcharges applicable to this matter, per Florida Statutes and Hillsborough County Ordinances; as stated above.

**Probation:** If probation is ordered, the conditions of Probation will be provided to you on a separate written order prepared by the HCSO Probation Services or Florida Department of Corrections.

**Jail:** At the time of sentencing, if jail is ordered, the defendant may be taken into custody by the Sheriff of Hillsborough County, Florida or given a date to report for incarceration in the County Jail under supervision of the Board of Criminal Justice of Hillsborough County.

**Judgment For Money Ordered To Be Paid:** It is the order of the Court that a judgment is entered, on behalf of the Hillsborough County Clerk of Circuit and County Courts, on behalf of Hillsborough County, and on behalf of the State of Florida, on the money that is ordered to be paid as a result of the JUDGMENT AND SENTENCE to the charge(s) in this matter, **FOR WHICH LET EXECUTION ISSUE.**

Current Address of Lien Holder(s): State of Florida – **Payable to the: Clerk of the Circuit Court, PO Box 3360, Tampa, FL 33601**

DONE AND ORDERED in open court in Tampa, Hillsborough County, Florida on, 10/21/2019.

19-CF-007101-A 10/25/2019 1:24:29 PM

**19-CF-007101-A 10/25/2019 1:24:29 PM**

Mark Wolfe, Presiding Judge

**Florida Statute 28.246(6), authorizes unpaid balances to be referred to a collection agent. This will add additional penalties of up to 40% of the amount owed. Pursuant to Florida Statute 322.245(5)(a), the Clerk of Court may notify the Department of Highway Safety Motor Vehicles (DHSMV) of your failure to pay financial obligations related to criminal offenses which will result in the suspension of your driver's license. To avoid additional costs, please remit payment in full immediately.**

SEYMOUR, JUSTIN ALAN   19-CF-007101-A         Page 2 of 3         herzogda

DISC-00296

**CERTIFICATE OF SERVICE**

I, PAT FRANK, Clerk of the Circuit and County Court of the County of Hillsborough, State of Florida, having by law the custody of the seal and all records, books, documents and papers of or appertaining to the County Court, do hereby certify that a true and correct copy of this document has been hand delivered, mailed or served electronically to the Office of the State Attorney, the Defense Attorney, and/or Defendant, if appearing Pro Se.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of said County Court, this _____ day of

_____, 20_____

PAT FRANK

As Clerk of the Circuit and County Court

_____

As Deputy Clerk

SEYMOUR, JUSTIN ALAN   19-CF-007101-A          Page 3 of 3          herzogda

DISC-00297

STATE OF FLORIDA

VS.

_Seymour, Justin_

DEFENDANT

FILED CASE NUMBER: 19·CF·007101·A

OCT 21 2019

CLERK OF CIRCUIT COURT

# FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _____ 3196 _____ Bailiff _____

NAME                                    TITLE

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, _Seymour, Justin_ , and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in Hillsborough County, Florida, this __21__ day of __October__ , 20 _19_ .

DISC-00298