# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  26

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

# IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

CASE NO: **19-CF-007101-A**

**STATE OF FLORIDA**

**VS**

Division: **B**

Offense Date: **5/21/2019**

Case Number: 19-CF-007101-A
SEYMOUR, JUSTIN ALAN
2912 CRAWFORD ST E
Tampa, FL 33610

Defense Case Number: 19-CF-007101-A
Address: DEFENDER, PUBLIC
PO BOX 172910
TAMPA, FL 33672

## JUDGMENT AND SENTENCE

The above named Defendant is now before the Court:

**State:** RODDENBERRY , SARAH SMALL and having

_____been tried and found guilty by jury/by court of the following crime(s)

__X__entered a plea of guilty to the following crime(s)

_____entered a plea of nolo contendere to the following crime(s)

| Cnt | Charge Description | Lev Deg | Plea | Disp Date | Disposition |
|---|---|---|---|---|---|
| 1 | 8121312A ROBBERY FIREARM OR DEADLY WEAPON LESS THAN $(ATTEMPT - FS 777.04(1)) | F1 | GUILTY BEST INTEREST PLEA | 10/21/19 | ADJUDGED GUILTY |
| 2 | 8121312A ROBBERY FIREARM OR DEADLY WEAPON LESS THAN $(ATTEMPT - FS 777.04(1)) | F1 | GUILTY BEST INTEREST PLEA | 10/21/19 | ADJUDGED GUILTY |

**Ct. 1, 2 SENTENCE: CRIMINAL**

STATE PROBATION (24 MONTHS )

Provisions
- DRUG AND ALCOHOL EVALUATION AND MENTAL HEALTH EVALUATION WITHIN 30 DAYS AND FOLLOW UP WITH ANY RECOMMENDED TREATMENT
- MENTAL HEALTH EVALUATION - COMPLETE TREATMENT IF NECESSARY
- MANDATORY COURT COST IMPOSED
- NO CONTACT WITH VICTIM OR PROPERTY
- NO WEAPONS, BB GUNS, FIREARMS
- REPORT TO PROBATION WITHIN 24 HOURS OF RELEASE
- PROBATION MAY TRANSFER TO TENNESSEE
- COURT HAS NO OBJECTION TO DEFENDANT RESIDING IN SARASOTA UNTIL TRANSFER

Sentence Status (EACH COUNT EACH COUNT CONCURRENT)

Fees :
- **$100.00** CR-2399 INVESTIGATIVE COSTS SAO REVENUE FS 938.27(8) **FS AUTH:** 938.27(8)
- **$200.00** CF-R252 ADDITIONAL COURT COST - CLERK - CIR CRIM **FS AUTH:** 938.05(1)(a)

SEYMOUR, JUSTIN ALAN 19-CF-007101-A          Page 1 of 3          herzogda

DISC-00295



**Preliminary Device Report** - Google Android Generic



www.cellebrite.com

## Device Information

| Name | Value |
|---|---|
| **File System** | |
| Chipset | MT6835 |
| Device model | SM-A156U |
| IMEI1 | 353283325458250 |
| IMEI2 | 353283325458250 |
| Model | SM-A156U |
| OS | Android 14 |
| Security Patch Level | 2024-10-01 |
| Vendor | samsung |
| Mac Address | 08:A5:DF:09:A5:C1 |
| ICCID | 8901260484744231848 |
| Mock locations allowed | False |
| Location Services Enabled | True |
| SIM Change Time | 11/5/2024 3:35:57 PM(UTC+0) |
| SIM Change Operation | 1 |
| Current SIM Operator | 310260 |
| Current SIM Country ISO | us |
| Current SIM Phone Number | 16159683110 |
| MSISDN | 18137854003 |
| Carrier Name | T-Mobile |
| IMEI | 353283325458250 |
| Advertising ID #1 | 8450a87d-d555-4f29-9669-3ee6d863e7ec |
| Bluetooth MAC Address | 08:A5:DF:09:A5:C0 |
| Factory number | R5CX40GC89N,20240403, |
| Time Zone | (UTC-05:00) New_York (America) |
| Locale language | en-US |
| Bluetooth device name | GHO$T |
| Android ID | 37d595ec139e1e0e |
| Bluetooth device address | 08:A5:DF:09:A5:C0 |
| Android ID | be118a089ddbe47e |
| Phone Activation Time | May 09, 18:26:38 (Local Timezone) |

## User Accounts (18)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
|---|---|---|---|---|---|---|
| 1 | Accounts | | seymourjustin907@gmail.com | com.osp.app.signin | | |
| 2 | Accounts | | seymourjustin907@gmail.com | com.samsung.android.mobileservice | | |
| 3 | Accounts | | seymourjustin907@gmail.com | com.microsoft.skydrive | | |
| 4 | Accounts | | 66056168645 | www.instagram.com | | |
| 5 | Accounts | | seymourjustin69@gmail.com | com.google | | |
| 6 | Accounts | | seymourjustin907@gmail.com | com.samsung.android.coreapps | | |
| 7 | Accounts | | Meet | com.google.android.apps.tachyon | | |
| 8 | Accounts | | Casino Jackpot Slot | com.bellado.experadveace.android.account.type | | |
| 9 | Accounts | | Casino Jackpot Slots | com.bellado.experadveace.android.account.types | | |
| 10 | Accounts | | 7828376085 | org.telegram.messenger | | |
| 11 | Accounts | | 61557616785177 | com.facebook.auth.login | | |
| 12 | Accounts | | Messenger | com.facebook.messenger | | |
| 13 | Native (Samsung Secure Folder) | | vnd.sec.contact.phone | vnd.sec.contact.phone | | |
| 14 | Native (Samsung Secure Folder) | | seymourjustin907@gmail.com | com.google | | |
| 15 | Native (Samsung Secure Folder) | | primary.sim.account_name | vnd.sec.contact.sim | | |
| 16 | Native (Samsung Secure Folder) | | vnd.sec.contact.agg.account_name | vnd.sec.contact.agg.account_type | | |
| 17 | Native (Samsung Secure Folder) | | vnd.sec.contact.phone_personal | vnd.sec.contact.phone_personal | | |
| 18 | Accounts | Justin Seymour | seymourjustin907@gmail.com | com.google | | |

1

DISC-01401