# U.S. District Court
# Middle District of Florida
# Tampa Division

## GOVERNMENT EXHIBIT

**Exhibit No.**:  29r

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

# IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

CASE NO: **19-CF-007101-A**

**STATE OF FLORIDA**

**VS**

Division: **B**

Offense Date: **5/21/2019**

Case Number: 19-CF-007101-A
**SEYMOUR, JUSTIN ALAN**
**2912 CRAWFORD ST E**
**Tampa, FL 33610**

Defense  Case Number: 19-CF-007101-A
Address:  **DEFENDER, PUBLIC**
**PO BOX 172910**
**TAMPA, FL 33672**

## JUDGMENT AND SENTENCE

The above named Defendant is now before the Court:

**State:** RODDENBERRY , SARAH SMALL and having

\_\_\_\_\_been tried and found guilty by jury/by court of the following crime(s)

\_\_X\_\_entered a plea of guilty to the following crime(s)

\_\_\_\_\_entered a plea of nolo contendere to the following crime(s)

| Cnt | Charge Description | Lev Deg | Plea | Disp Date | Disposition |
|-----|--------------------|---------|------|-----------|-------------|
| 1 | 8121312A ROBBERY  FIREARM OR DEADLY WEAPON  LESS THAN $(ATTEMPT - FS 777.04(1)) | F1 | GUILTY BEST INTEREST PLEA | 10/21/19 | ADJUDGED GUILTY |
| 2 | 8121312A ROBBERY  FIREARM OR DEADLY WEAPON  LESS THAN $(ATTEMPT - FS 777.04(1)) | F1 | GUILTY BEST INTEREST PLEA | 10/21/19 | ADJUDGED GUILTY |

**Ct. 1, 2   SENTENCE: CRIMINAL**

STATE PROBATION (24 MONTHS )

Provisions
- DRUG AND ALCOHOL EVALUATION AND MENTAL HEALTH EVALUATION WITHIN 30 DAYS AND FOLLOW UP WITH ANY RECOMMENDED TREATMENT
- MENTAL HEALTH EVALUATION - COMPLETE TREATMENT IF NECESSARY
- MANDATORY COURT COST IMPOSED
- NO CONTACT WITH VICTIM OR PROPERTY
- NO WEAPONS, BB GUNS, FIREARMS
- REPORT TO PROBATION WITHIN 24 HOURS OF RELEASE
- PROBATION MAY TRANSFER TO TENNESSEE
- COURT HAS NO OBJECTION TO DEFENDANT RESIDING IN SARASOTA UNTIL TRANSFER

Sentence Status (EACH COUNT EACH COUNT CONCURRENT)

**Fees :**
- **$100.00**   CR-2399 INVESTIGATIVE COSTS SAO REVENUE FS 938.27(8)   **FS AUTH:** 938.27(8)
- **$200.00**   CF-R252 ADDITIONAL COURT COST - CLERK - CIR CRIM   **FS AUTH:** 938.05(1)(a)

SEYMOUR, JUSTIN ALAN   19-CF-007101-A          Page 1 of 3          herzogda

DISC-00295

