# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**:  31r

Case No.: 8:24-cr-486-VMC-NHA

UNITED STATES OF AMERICA

vs.

 JUSTIN ALAN SEYMOUR

Date Identified: _____

Date Admitted: _____

