UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-cr-486-VMC-NHA |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| JUSTIN ALAN SEYMOUR, | |
| Defendant. | |

Defendant Justin Alan Seymour, through counsel, submits this sentencing memorandum.

## I.   Introduction

On April 15, 2026, a jury convicted Mr. Seymour of one count of Hobbs Act robbery (in violation of 18 U.S.C. §§ 2, 1951(a) and (b)), one count of possession of a firearm in furtherance of a violent crime (in violation of 18 U.S.C. §§ 2, 924(c)(1)(A)(ii)), and one count of possession of a firearm by a convicted felon (in violation of 18 U.S.C. §§ 922(g) and 924(a)(8)).  Mr. Seymour has been in custody since October 23, 2024.  A sentencing hearing in this case is scheduled for August 5, 2026.

## II.   Sentencing Guidelines Calculation

"As a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark" when a

district court is imposing a sentence. *Peugh v. United States*, 569 U.S. 530, 536 (2013) (quoting *Gall v. United States*, 552 U.S. 38, 49 (2007)). "The post-*Booker* federal sentencing scheme aims to achieve uniformity by ensuring that sentencing decisions are anchored by the Guidelines . . . ." *Id.* at 541. As described below, Mr. Seymour has two objections to the calculation of the advisory guidelines range.

### A. The government cannot meet its burden of proof to support application of the enhancement in U.S.S.G. § 2K2.1(b)(7)(B).

Mr. Seymour objects to the application of the four-level enhancement in U.S.S.G. § 2K2.1(b)(7)(B). As previously explained to the probation officer, there is insufficient evidence Mr. Seymour "used or possessed any firearm or ammunition in connection with another felony offense; or possessed or transferred any firearm or ammunition with knowledge, intent, or reason to believe that it would be used or possessed in connection with another felony offense." U.S.S.G. § 2K2.1(b)(7)(B). The basis for the application of this enhancement is a woman's accusation that Mr. Seymour hit her with a pistol on October 17, 2024. Mr. Seymour was not charged with any crimes in connection with this incident.

It is the government's burden to prove by a preponderance of the evidence the facts necessary to support a sentencing enhancement. *United States v. Askew*, 193 F.3d 1181, 1183 (11th Cir. 1999) (citations omitted). The

Court "may consider any information, including reliable hearsay, regardless of the information's admissibility at trial, provided that there are sufficient indicia of reliability to support its probable accuracy." *United States v. Castellanos*, 904 F.2d 1490, 1495 (11th Cir. 1990) (citing U.S.S.G. § 6A1.3). The reliability of the hearsay evidence "must be determined on a case by case basis." *United States v. Lee*, 68 F.3d 1267, 1275 (11th Cir. 1995).

The only evidence the government is expected to be able to come forward with to support the application of this enhancement is either the testimony of the police officer who interviewed the alleged victim, or the police report that officer wrote. This is not reliable hearsay evidence. Since this incident was reported to police over two years ago, the alleged victim stopped cooperating with law enforcement. The alleged victim also has a litany of criminal convictions including (1) accessory after the fact to armed robbery, aggravated battery, and aggravated assault; (2) domestic battery; (3) burglary and grand theft; (4) burglary, dealing in stolen property, false information to a pawnbroker, and grand theft; (5) possession of a controlled substance and introduction of contraband to a controlled facility; and (6) possession of heroin and fleeing and eluding. She has also been arrested for, but not convicted of, aggravated battery with a deadly weapon causing great bodily harm, prostitution, and aggravated battery with a deadly weapon.

3

Given the nature of the hearsay declarant and the circumstances under which this incident occurred—a dispute over money at a motel on Nebraska Avenue in the middle of the night—the government cannot meet its burden of proving these facts by a preponderance of the evidence.

### B.    The parties agree the firearm was not stolen.

Mr. Seymour objects to application of the two-level enhancement under U.S.S.G. § 2K2.1(b)(4)(A).  After a subsequent review of the discovery in this case, the government and defense agree the firearm Mr. Seymour possessed was not in fact stolen despite initial information from local law information that suggested otherwise.

### C.    Probation's calculation of Mr. Seymour's criminal history score is correct.

Mr. Seymour previously objected to the assessment of three criminal history points for a burglary conviction with an offense date of October 26, 2014.  After reviewing records related to this offense, Mr. Seymour withdraws his objection and agrees that three criminal history points are appropriate for this conviction.  Mr. Seymour therefore has a total criminal history score of 17, which results in a criminal history category of VI.

### D.    The total offense level for Counts One and Three is 22.

Because the government cannot meet its burden of proof with respect to the application of the enhancement in U.S.S.G. § 2K2.1(b)(7)(B), and the

enhancement in U.S.S.G. § 2K2.1(b)(4)(A) does not apply, the adjusted offense level for Count Three is 20. Pursuant to U.S.S.G. § 3D1.4(a)–(c), because Count One is one to four levels less serious than Count Three, it is assigned 1.0 unit, not 0.5. The total number of units is therefore 2.0, and the offense level is increased by two. This results in a combined adjusted and total offense level of 22. With a criminal history category of VI, the advisory guidelines range for Counts One and Three is 84–105 months of imprisonment.

## III. Recommended Sentence

After considering the advisory sentencing guidelines, a district court must then consider "the arguments of the parties and the factors set forth in § 3553(a)." *Peugh*, 569 U.S. at 536. For the reasons below, the Court should impose a guidelines sentence.

### A. History and Characteristics of Mr. Seymour

Justin Seymour was born on September 27, 1987, in Escanaba, Michigan. Mr. Seymour's father was Native American and part of the Sault Ste. Marie Tribe of Chippewa. He was a Korean War veteran and received Department of Veterans Affairs benefits. Mr. Seymour's father was 20 years older than his mother. In 1990, when Mr. Seymour was three years old, his father had a heart attack and died. Mr. Seymour's mother then began receiving his father's VA benefits. She raised Mr. Seymour and

his siblings on the reservation until he was about nine or ten years old.  Mr. Seymour attended school on the reservation.

Mr. Seymour's life took a negative turn when he was just a child. Without his father, his mother struggled to raise him and his five siblings. Mr. Seymour began smoking cigarettes at eight years old, when he was also prescribed Ritalin for ADHD.  He started using marijuana at nine years old and would sell his Ritalin to buy marijuana.  Mr. Seymour recalls he got into "all kinds" of trouble on the reservation.  Because of his bad behavior, his family was kicked off the reservation and moved to a house in the town of Escanaba for about a year.

Around the age of 10 or 11, Mr. Seymour's family became homeless. His mother had a gambling addiction and whatever money she did get she would gamble away.  This led to the family living in a van in Detroit, Michigan.  Mr. Seymour's mother would park their van in casino parking lots or in the driveways of extended family members' homes overnight. They were not welcome at the family members' houses so they would have to leave before the household woke up.

Mr. Seymour did not attend school between the ages of 10 and 13 because his family was homeless.  Because his mother used the family's money to gamble, Mr. Seymour resorted to stealing food and clothes for himself and his siblings.  Mr. Seymour thought it was his "job" to take care

of his brother Alex as their mother would not. During this same two-to-three-year period, Mr. Seymour's mother was in a relationship with a man that Mr. Seymour believes was physically abusive towards her. Mr. Seymour at times saw bruises on his mother and knew she and her boyfriend had argued. He does not specifically recall seeing any physical altercations. During the family's time in Detroit, Mr. Seymour witnessed shootings, prostitution, and frequent open-air drug deals.

Around the age of 13, Mr. Seymour and his siblings went to live with their maternal uncle, Raymond Lafreniere, back in Escanaba. Mr. Seymour returned to school there but did not like it and would instead skip school to drink alcohol and party. Mr. Seymour felt his uncle provided for him and life was good living in his home. Mr. Seymour's uncle had his own children and took care of them as well. Mr. Seymour lived with his uncle for three or four years until he officially dropped out of school in the ninth grade while attending Escanaba Senior High School. Mr. Seymour began drinking alcohol on a weekly basis at age 14 and later experimented with powder cocaine at age 16.

At age 17, Mr. Seymour moved back in with his mother. Although she was not gambling as much as she had been, she was still not a parental figure for him. He would help her pay her bills and tried to take care of her the best he could. However, Mr. Seymour also got into trouble with law

enforcement for stealing frequently. He stole because he wanted things and had no money, or he stole because he needed something. Around this time Mr. Seymour also began experimenting with ecstasy.

When he was 19, Mr. Seymour met a woman named Brittany and married her a year later. They had a daughter in 2009 and a son two years later. In 2010, Mr. Seymour injured his back. He was prescribed pain medication and became addicted. He was arrested in 2010 for theft and paroled in 2011. His wife, Brittany, began using heroin while he was incarcerated so when he got out of prison he started using heroin with her. Despite his drug use, Mr. Seymour worked and made sure their bills were paid. He then used any extra money to buy heroin.

In 2013 or 2014, Mr. Seymour moved to Green Bay, Wisconsin to get away from Brittany and try to stop using drugs. Mr. Seymour did not attend any treatment facilities. He bought suboxone off the streets when he couldn't get pills or heroin. Mr. Seymour didn't realize how bad his addiction to heroin was and he got into trouble. In 2014 and 2015, he was arrested for a series of burglaries. During that time his mother passed away from congestive heart failure and diabetes. Mr. Seymour's sister, Cheryl, bonded him out after one of the burglary arrests and he planned to go to his mother's funeral. He was accused of bail jumping, however, and

8

was arrested on his way to the funeral.  He was found guilty and sent to prison in Wisconsin for three years.

Around this time, Mr. Seymour lost all his family ties.  A state child welfare agency took his children from him.  They were given to maternal relatives in Pennsylvania and Mr. Seymour's parental rights were terminated.  Mr. Seymour last had contact with his children some time in 2014.  Besides losing his children, Mr. Seymour and his siblings had a falling out because of their mother's death.  Without them, he was alone in the world.  Although he had seven additional siblings on his father's side, they were all significantly older than him and he did not have a relationship with them.

In 2017, after he was released from prison, Mr. Seymour moved to Tennessee where he was able to get a welding job.  His former wife Brittany had tried to get clean and stopped in Tennessee to stay with him on her way to Florida.  During that time Mr. Seymour got into trouble.  During a visit to Florida, he was arrested for robbery and sent back to prison in Wisconsin.  He was ultimately released in 2024 and came back to Florida seeking a fresh start.  Unfortunately, Mr. Seymour looked for many jobs and was unable to secure employment because of his criminal history and lack of vocational training.  He was homeless and mostly living in his car.

He was still using drugs and continued to get caught up in the criminal justice system.

Mr. Seymour is a man who for his entire adult life has struggled with his past trauma and addiction and never received the benefit of treatment. He is sincerely frustrated and emotional about where he ended up in life and wants nothing more than to make permanent and positive changes.

Mr. Seymour is his own person. However, he is also clearly a product of his environment. The repetitive negative cycles in his life coupled with clear mental health and substance abuse issues got him to where he is today. This is a man who never stood a chance to succeed from the earliest age, and who society has so far failed to adequately help. *See* Ex. 1. The Court would be more than justified in treating Mr. Seymour with a firmer hand had he received any kind of treatment as an adult and nevertheless continued on the path he chose. Instead, he was left to struggle without medication, therapy, or help with his addictions.

Mr. Seymour understands he is facing a lengthy prison sentence. At 38 years old, he would like it to be his last. While incarcerated, Mr. Seymour wants to once and for all end his drug habit, and requests the Court recommend the Bureau of Prisons accept him into RDAP. He would also like to participate in vocational training and obtain a commercial driver's license. He has already spent hours completing courses to learn what he can to make permanent

10

changes. *See* Ex. 2. Additionally, he needs and wants mental health treatment including any necessary medications.

### B. Nature and Circumstances of the Offense

Having presided over the trial of this case, the Court is familiar with the nature and circumstances of the offense. Mr. Seymour was convicted of holding employees of a Domino's Pizza at gunpoint and demanding cash. The firearm was not discharged, and no one was hurt. When Mr. Seymour was arrested a few days later, the police discovered a gun in his waistband during a pat down search. Mr. Seymour is prohibited from possessing a firearm because he is a convicted felon.

### C. Need for Drug and Psychiatric Treatment

Mr. Seymour's awful upbringing and history of ADHD clearly show someone who needs professional help. His lack of mental health and drug treatment obviously sets him apart from a healthy, similarly situated defendant. Mr. Seymour's lifelong uninhibited drug use and childhood abandonment and trauma appear to be the clear driving factors behind his poor life choices. Based on this, and his increasing use of drugs to cope with these issues, Mr. Seymour may not have been able to fully appreciate the risks and potential consequences of his actions. Homeless and unable to get a job, Mr. Seymour continued to use drugs right up until his arrest in this case. A urinalysis that was performed at the time of his initial appearance was positive

11

for methamphetamine, cocaine, and marijuana. Mr. Seymour would undoubtedly benefit from drug treatment and counseling, which he has never had, as well as medication to manage his mental health symptoms.

Mr. Seymour is agreeable to mental health treatment. Professional help will, among other things, allow him to work through the trauma of his earlier years. Unfortunately, this treatment will be most valuable to him while he is out of custody because the Bureau of Prisons has historically failed to meet the needs of the mentally ill. *See* Christie Thompson & Taylor Eldridge*, Treatment Denied: The Mental Health Crisis in Federal Prisons*, The Marshall Project (Nov. 21, 2018), https://www.themarshallproject.org/ 2018/11/ 21/treatment-denied-the-mental-health-crisis-in-federal-prisons?ref=hp-1100. The sooner Mr. Seymour can receive proper treatment, the sooner he can finally lead a meaningful and healthy life.

## IV.    Conclusion

Based on the above, including Mr. Seymour's history and characteristics, as well as his significant need for substance abuse and mental health treatment, the Court should impose a guidelines sentence. That is the sentence that is "sufficient, but not greater than necessary" to further the purposes of federal sentencing. 18 U.S.C. § 3553(a).

/ / /

/ / /

12

Dated this 29th day of July, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

/s/ Douglas J. Stamm
Douglas J. Stamm
Florida Bar No. 0092069
Assistant Federal Public Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Justin Seymour

## CERTIFICATE OF SERVICE

I certify that on July 29, 2026, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system, which will send notice of

electronic filing to all counsel of record.

/s/ Douglas J. Stamm
Assistant Federal Public Defender

13

# EXHIBIT 1

Dear honorable judge

I'm writing this letter to explain myself and how I ended up in your court. I can say from a young age and I believe at a time when a boy is becoming a man and what he learns is how he perceives life to be so in that time of my life I was in a place where I had to steal feed myself and my younger brother also had to steal for clothing and that's what was instilled in me and along the way I've picked hip bad drug habits and hung out with the wrong ppl.

I also understand that having a gun pulled on you is very scary ived been in the same situation a couple of times Ive also been in and outta jail and prison my whole adult life and when I'm not locked up I'm trying to find work but with my criminal hisorty like mine its hard I have to lie on applications just to get in somewhere an then get fired when they do a background check and it can be stressful and depleting I also don't have strong family ties as the 2nd youngest of twelve and both parents deceased I've always been the black sheep I've never had help for any of my problems and hope I can get it this time and become a better man

Sincerely


Justin seymour

# EXHIBIT 2

# Transcript for JUSTIN SEYMOUR

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Step Recovery Programs | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.15 | 1.50 | Passed | 100 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Path to Financial Freedom Part 1: First Things First | E-Learning Course | Feb 4, 2026 | Feb 6, 2026 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Path to Financial Freedom Part 2: Moving Forward | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Feb 3, 2026 | Feb 3, 2026 | 0.05 | 0.50 | Passed | 0 | - | Feb 3, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.05 | 0.50 | Passed | 80 | 80 | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Active Recovery With The Phoenix | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0 | 1.25 | Passed | 0 | 50 | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Feb 3, 2026 | Feb 3, 2026 | 0.05 | 0.50 | Passed | 0 | - | Feb 3, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.2 | 2.00 | Passed | 80 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.08 | 0.75 | Passed | 100 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.08 | 0.75 | Passed | 100 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.1 | 1.00 | Passed | 80 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Feb 4, 2026 | Feb 5, 2026 | 0.15 | 1.50 | Passed | 100 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.1 | 1.00 | Passed | 90 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Spanish Skills | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.1 | 1.00 | Passed | 80 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Becoming Tech Savvy | E-Learning Course | May 19, 2026 | May 20, 2026 | 0.15 | 1.50 | Passed | 100 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.05 | 0.50 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Biology: Discovering Genes Associated with Diseases and Traits in Dogs | E-Learning Course | Feb 3, 2026 | Feb 3, 2026 | 0 | 0.60 | In Progress | 0 | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Experiences | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.2 | 2.00 | Passed | 0 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Readiness (Version 1) | Learning Path | - | - | - | - | Completed | - | - | May 20, 2026 | - | - |
| Careers Without College | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chainsaw Safety | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.05 | 0.50 | Passed | 80 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.15 | 1.50 | Passed | 92 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 0 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Compressed Gas Safety | E-Learning Course | Feb 4, 2026 | Feb 4, 2026 | 0.08 | 0.75 | Passed | 86 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Computer Basics | E-Learning Course | May 19, 2026 | May 20, 2026 | 0.2 | 2.00 | Passed | 90 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: OSHA Inspections | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.05 | 0.50 | Passed | 90 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.15 | 1.50 | Passed | 80 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Course 2: A Path to Financial Freedom | E-Learning Course | Feb 4, 2026 | Feb 6, 2026 | 0 | 1.25 | Passed | - | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Course 3: Values-Aligned Goal Setting | E-Learning Course | Feb 4, 2026 | Feb 5, 2026 | 0 | 2.17 | Passed | - | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Course 4: A Path to Advanced Skills | E-Learning Course | Feb 3, 2026 | Feb 4, 2026 | 0 | 1.00 | Passed | 0 | - | Feb 4, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Course 5: A Path to Higher Education | E-Learning Course | Feb 3, 2026 | Feb 5, 2026 | 0 | 0.83 | Passed | 0 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cover Letters | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Customer Service Skills | E-Learning Course | Feb 4, 2026 | Feb 5, 2026 | 0.1 | 1.00 | Complete | 0 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Digital Media Literacy | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.15 | 1.50 | Passed | 100 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse Awareness | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.2 | 2.00 | Passed | 91 | 80 | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Drug-Free Workplace | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.05 | 0.50 | Passed | 90 | 80 | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety | E-Learning Course | Feb 4, 2026 | Feb 5, 2026 | 0.08 | 0.75 | Passed | 88 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety for the Non-Electrical Skilled Worker | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.03 | 0.25 | Passed | 80 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electricity | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.1 | 1.00 | Passed | 88 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Email Basics | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Emergency First Aid | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.1 | 1.00 | Passed | 83 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employment | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.15 | 1.50 | Passed | 100 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ep 15 - My Past is My Strength | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0 | 0.55 | Complete | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Excavation and Trenching Awareness | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.15 | 1.50 | Passed | 100 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.05 | 0.50 | Passed | 83 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Getting to Know Your Body: Why do women have periods? | E-Learning Course | - | - | 0 | 0.10 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Heat Illness | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.08 | 0.75 | Passed | 100 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Honest Jobs | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.03 | 0.25 | Passed | 0 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Incipient Stage Fire Extinguisher Education | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.05 | 0.50 | Passed | 80 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.1 | 1.00 | Passed | 90 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 83 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.08 | 0.75 | Passed | 100 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Gmail | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.1 | 1.00 | Passed | 88 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Warehouse Operations | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.1 | 1.00 | Passed | 83 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Applications | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Search and Networking | E-Learning Course | Feb 4, 2026 | Feb 6, 2026 | 0.15 | 1.50 | Passed | 80 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Success | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0.1 | 1.00 | Passed | 80 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Machinery and Vehicular Safety | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.1 | 1.00 | Passed | 100 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Mobile Equipment | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | 0.05 | 0.50 | Passed | 90 | - | Feb 5, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.2 | 2.00 | Passed | 86 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Online Money Tips | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.1 | 1.00 | Passed | 83 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Resume Writing | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.15 | 1.50 | Passed | 100 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Scaffold and Ladder Safety Training | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.1 | 1.00 | Passed | 91 | - | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Substance Abuse | E-Learning Course | May 20, 2026 | May 20, 2026 | 0.15 | 1.50 | Passed | 100 | 80 | May 20, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Think Like A Coder Episode 01: The Prison Break | E-Learning Course | Feb 10, 2026 | May 20, 2026 | 0 | 0.10 | Complete | 0 | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Train-the-Trainer: Training Methods (Corrections) | E-Learning Course | Feb 6, 2026 | Feb 6, 2026 | 0 | 0.25 | Complete | 0 | - | Feb 6, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Values-Aligned Goal Setting Part 1: The "Why" | E-Learning Course | Feb 4, 2026 | Feb 5, 2026 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Values-Aligned Goal Setting Part 2: The "What" | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Values-Aligned Goal Setting Part 3: The "How" | E-Learning Course | Feb 5, 2026 | Feb 5, 2026 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Workplace Basics | E-Learning Course | May 19, 2026 | May 19, 2026 | 0.1 | 1.00 | Passed | 80 | - | May 19, 2026 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |