UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-cr-486-VMC-NHA |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| JUSTIN ALAN SEYMOUR, | |
| Defendant. | |

Defendant Justin Alan Seymour, through counsel, moves to continue the sentencing hearing in this case.  As grounds, Mr. Seymour states the following:

On April 15, 2026, a jury found Mr. Seymour guilty of all charges in the Superseding Indictment (Doc. 25), which charged him with one count of Hobbs Act robbery (in violation of 18 U.S.C. §§ 1951(a)(1) and (b) and 18 U.S.C. § 2), one count of using a firearm in furtherance of a crime of violence (in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2), and one count of possession of a firearm by a convicted felon (in violation of 18 U.S.C. §§ 922(g) and 924(a)(8)).  The Court initially set a sentencing hearing for July 13, 2026 at 2:30 p.m., and later continued it at the defense's request to August 5, 2026 at 2:30 p.m.  On July 30, 2026, the parties learned the sentencing hearing was continued to August 7, 2026 at 3:30 p.m.

Defense counsel will be in Miami for a long-scheduled medical appointment on August 6 and will not return to the office until August 10. Therefore, the defense requests the Court grant a continuance of the sentencing hearing to a date on or after August 10, 2026.

<strong><u>CERTIFICATE OF CONFERRAL</u></strong>

I hereby certify that I have conferred with counsel for the United States regarding this motion on July 30, 2026. After conferral, the United States does not oppose this motion.

Dated this 30th day of July, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

/s/ Douglas J. Stamm
Douglas J. Stamm
Florida Bar No. 92069
Assistant Federal Public Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Fax: (813) 228-2562
E-mail: douglas_stamm@fd.org

Attorney for Justin Seymour

## CERTIFICATE OF SERVICE

I certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Douglas J. Stamm
Assistant Federal Public Defender