UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-CR-486-VMC-NHA

JUSTIN ALAN SEYMOUR

**MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, pursuant to Rule 45(b), Fed. R. Crim. P., moves to continue the sentencing hearing for one week. In support of this motion, the United States submits as follows:

1. The sentencing in this case is scheduled for September 2, 2026.

2. There is at least one unresolved objection to the PSR. The United States, as outlined in its sentencing memorandum, will call the case agent to meet its burden to prove the enhancement.

3. The case agent will be unable to testify on September 2nd because she will be in trial in another case.

4. The United States respectfully requests a one-week continuance to September 7, 8, or 11, 2026.

5. The United States has conferred with counsel for the Defendant who has no objection to this request but has advised he is not available on September 10, 2026.

## MEMORANDUM OF LAW

A motion for a continuance of a proceeding is committed to the sound discretion of the Court. Thus, the Court, for cause shown, may at any time in its discretion order a period enlarged if a request is made prior to the expiration of the period originally prescribed. Fed. R. Crim. P. 45(b). This motion is not made for the purpose of unnecessary delay. It is made in good faith and will not prejudice the rights of any party

## CONCLUSION

WHEREFORE, the United States requests this Court to continue the sentencing in this case until the second week of September 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _/s/Samantha J. Newman_
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.newman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Counsel of Record

By: */s/Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.newman@usdoj.gov