UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-486-VMC-NHA

JUSTIN SEYMOUR

**GOVERNMENT'S SENTENCING WITNESS LIST**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called by the Government during the competency hearing in this matter:

1. SA Megan Gardner, ATF

The United States reserves the right to call additional witnesses during the hearing of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

*/s/ Samantha J. Newman*

Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
E-mail: Samantha.newman@usdoj.gov

**U.S. v. Justin Seymour** **Case No. 8:24-cr-486-VMC-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

*/s/ Samantha J. Newman*
Samantha J. Newman
Assistant United States Attorney
United States Attorney No. 209
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.newman@usdoj.gov