UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Case No. 8:24-cr-486-VMC-NHA

Defendant, ☐
Government ☒

☐ Evidentiary
☐ Trial
☒ Other

v.

JUSTIN SEYMOUR

Defendant ☒

# GOVERNMENT'S SENTENCING EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | 911 Call from Tampa Police Department Incident |