UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:24-cr-486-VMC-NHA | DATE: September 8, 2026 |
| HONORABLE VIRGINIA M. HERNANDEZ COVINGTON | Courtroom 14B |
| **UNITED STATES OF AMERICA** | Samantha Newman, AUSA |
| **vs.** | |
| **JUSTIN ALAN SEYMOUR** | Douglas Stamm and Ryan Maguire, AFPD |
| COURT REPORTER: Lori Cecil Vollmer | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: Tyler Campbell |
| TIME: 10:17 a.m.–11:32 a.m. | TOTAL: 1 hour, 15 minutes |

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

Court in session.

All parties are present in the courtroom and identified for the record.

Interpreter sworn.

A jury found the defendant guilty of Counts One, Two, and Three of the Superseding Indictment.

The United States calls Special Agent Megan Gardner for direct examination.

Defendant's cross examination of Agent Gardner

The defendant's objection to the PSR is resolved.

The United States addresses the Court.

Defense counsel addresses the Court.

The defendant addresses the Court.

Imprisonment: **234 months**, consisting of 150 months as to Counts One and Three, to run concurrently, and 84 months as to Count Two, to run consecutively

The Court recommends confinement at a Bureau of Prisons facility where he can participate in training to obtain his Commercial Driver's License and in the Residential Drug Abuse Program (RDAP). As an alternative, the Court recommends participation in culinary arts or cosmetology training.

Supervised Release: **5 years**, consisting of 3 years as to Counts One and Three and 5 years as to Count Two, all such terms to run concurrently

Special Conditions:
1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.
2. You shall have no contact, direct or indirect, with victims identified in Count One.
3. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.
4. You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.
5. You shall provide the probation officer access to any requested financial information.

You must cooperate in the collection of your DNA as directed by the probation officer.

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.

Fine: Waived

Restitution: None

Special Assessment: $300, due immediately

The underlying Indictment is dismissed on the United States' motion.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The defendant is advised of his right to appeal and to counsel on appeal.