**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No: 8:24-CR-486-VMC-NHA**

**JUSTIN ALAN SEYMOUR**
**_________________________________/**

# NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant, JUSTIN ALAN SEYMOUR, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on September 8, 2026 (Doc. 153).

Dated this 10th day of September 2026.

CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

***/s/ Douglas Stamm***
Douglas Stamm, Esq.
Florida Bar No. 92069
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Douglas_Stamm@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2026 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Douglas Stamm*
Douglas Stamm, Esq.
Assistant Federal Defender