APPEAL,SL DOC,TANGIBLE

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:24−cr−00486−VMC−NHA All Defendants

Case title: USA v. Seymour

Magistrate judge case number: 8:24−mj−02635−TGW

Date Filed: 11/12/2024

Date Terminated: 09/10/2026

---

Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Natalie Hirt Adams

**Defendant (1)**

**Justin Alan Seymour**
*TERMINATED: 09/10/2026*

represented by

**Douglas Jordan Stamm**
Federal Public Defender − Middle District of Florida
400 N. Tampa St.
Suite 2700
Tampa, FL 33602
813−228−2715
Email: douglas_stamm@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Ryan J. Maguire**
Federal Defender Office, MDFL
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2715
Fax: 813−228−2075
Email: ryan_maguire@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR | IMPRISONMENT: 132 months, consecutive to Count Two and concurrent with Count Three; |

| | |
|---|---|
| VIOLENCE<br>(1s) | SUPERVISED RELEASE: 3 years, concurrent with Counts Two and Three; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100 |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN<br>(2s) | IMPRISONMENT: 84 months, consecutive to Counts One and Three; SUPERVISED RELEASE: 5 years, concurrent with Counts One and Three; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100 |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(3s) | IMPRISONMENT: 132 months, consecutive to Count Two and concurrent with Count One; SUPERVISED RELEASE: 3 years, concurrent with Counts One and Two; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100. AMENDED JUDGMENT (VMC − 9/10/2026): Amended to correct typo in length of imprisonment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(1) | Dismissed on the United States' motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | |

---

**Plaintiff**

**USA** represented by **Samantha Joan Newman**
DOJ−USAO
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813−274−6000
Email: samantha.newman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James A. Muench**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813/274−6000
Email: james.muench2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2024 | 1 | COMPLAINT as to Justin Alan Seymour (1). (KMN) [8:24−mj−02635−TGW] (Entered: 10/24/2024) |
| 10/24/2024 | | Arrest of Justin Alan Seymour on 10/23/2024. (KMN) [8:24−mj−02635−TGW] (Entered: 10/24/2024) |
| 10/24/2024 | 3 | ***CJA 23 Financial Affidavit by Justin Alan Seymour. (KMN) [8:24−mj−02635−TGW] (Entered: 10/24/2024) |
| 10/24/2024 | 4 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Justin Alan Seymour: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (KMN) [8:24−mj−02635−TGW] (Entered: 10/24/2024) |
| 10/24/2024 | 5 | Arrest Warrant Returned Executed on 10/23/24 as to Justin Alan Seymour. (JKB) [8:24−mj−02635−TGW] (Entered: 10/24/2024) |
| 10/24/2024 | 6 | ORAL MOTION to Appoint Counsel by Justin Alan Seymour. (KMN) [8:24−mj−02635−TGW] (Entered: 10/28/2024) |
| 10/24/2024 | 7 | ORAL MOTION for Detention by USA as to Justin Alan Seymour. (KMN) [8:24−mj−02635−TGW] (Entered: 10/28/2024) |
| 10/24/2024 | 8 | **ORAL ORDER granting 6 Motion to Appoint Counsel Douglas Jordan Stamm for Justin Alan Seymour appointed as to Justin Alan Seymour (1); granting 7 Motion for Detention as to Justin Alan Seymour (1). Signed by Magistrate Judge Thomas G. Wilson on 10/24/2024. (KMN)** [8:24−mj−02635−TGW] (Entered: 10/28/2024) |
| 10/24/2024 | 9 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: Initial Appearance as to Justin Alan Seymour held on 10/24/2024, PRELIMINARY EXAMINATION as to Justin Alan Seymour held on 10/24/2024. (DIGITAL) (KMN) [8:24−mj−02635−TGW] (Entered: 10/28/2024) |
| 10/29/2024 | 10 | NOTICE OF ATTORNEY APPEARANCE: Douglas Jordan Stamm appearing for Justin Alan Seymour (Stamm, Douglas) [8:24−mj−02635−TGW] (Entered: 10/29/2024) |

| | | |
|---|---|---|
| 10/29/2024 | 11 | **FINDING of probable cause as to Justin Alan Seymour. Signed by Magistrate Judge Thomas G. Wilson on 10/29/2024. (KMN)** [8:24−mj−02635−TGW] (Entered: 10/29/2024) |
| 10/30/2024 | 12 | **ORDER OF DETENTION PENDING TRIAL as to Justin Alan Seymour. Signed by Magistrate Judge Thomas G. Wilson on 10/30/2024. (KMN)** [8:24−mj−02635−TGW] (Entered: 10/30/2024) |
| 11/12/2024 | 14 | INDICTMENT returned in open court as to Justin Alan Seymour (1) count(s) 1. (Attachments: # 1 Restricted Unredacted Indictment) (KME) (Entered: 11/13/2024) |
| 11/14/2024 | 16 | NOTICE OF HEARING as to Justin Alan Seymour: Arraignment set for 12/3/2024 at 10:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. Note: Counsel and Defendant are not required to appear provided the appropriate waiver of arraignment and entry of plea of not guilty are filed in a timely manner (Sample Waiver Attached). (CDR) (Entered: 11/14/2024) |
| 11/15/2024 | 17 | NOTICE OF ATTORNEY APPEARANCE James A. Muench appearing for USA. (Muench, James) (Entered: 11/15/2024) |
| 12/03/2024 | 18 | ORAL MOTION for Discovery by Justin Alan Seymour. (CDR) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 12/03/2024) |
| 12/03/2024 | 19 | ORAL MOTION for Reciprocal Discovery by USA as to Justin Alan Seymour. (CDR) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 12/03/2024) |
| 12/03/2024 | 20 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: ORAL ORDER granting 18 ORAL MOTION for Discovery as to Justin Alan Seymour (1); ORAL ORDER granting 19 ORAL MOTION for Reciprocal Discovery as to Justin Alan Seymour (1); ARRAIGNMENT as to Justin Alan Seymour (1) Count 1, held on 12/3/2024 Defendant(s) pled not guilty. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 12/03/2024) |
| 12/03/2024 | 21 | **PRETRIAL DISCOVERY ORDER and notice as to Justin Alan Seymour. This case is set before the Honorable Virginia M. Hernandez Covington; United States District Judge for the January 2025 trial term beginning January 6, 2025 and for a Status Conference set for 12/12/2024 at 09:30 AM in Tampa Courtroom 14 B. Signed by Magistrate Judge Natalie Hirt Adams on 12/3/2024. (CDR)** (Entered: 12/03/2024) |
| 12/12/2024 | 22 | ORAL MOTION to Continue trial by Justin Alan Seymour. (RAS) (Entered: 12/12/2024) |
| 12/12/2024 | 23 | **ORDER granting 22 Motion to Continue as to Justin Alan Seymour (1) The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Defendant waived speedy trial through April 30, 2025, and the government does not object to the continuance. Jury Trial set for the April 2025 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for February 13, 2025, at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 12/12/2024. (RAS)** (Entered: 12/12/2024) |
| 12/12/2024 | 24 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS Conference as to Justin Alan Seymour held on 12/12/2024. |

| | | |
|---|---|---|
| | | Court Reporter: Rebekah Lockwood (MEJ) (Entered: 12/15/2024) |
| 01/07/2025 | 25 | SUPERSEDING INDICTMENT returned in open court as to Justin Alan Seymour (1) count(s) 1s, 2s, 3s. (Attachments: # 1 Restricted Unredacted Indictment) (KME) Modified text on 1/8/2025 (KME). (Entered: 01/08/2025) |
| 01/09/2025 | 27 | NOTICE OF HEARING as to Justin Alan Seymour: Arraignment set for 1/22/2025 at 11:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. Note: Counsel and Defendant are not required to appear provided the appropriate waiver of appearance and entry of plea of not guilty are filed in a timely manner.(CDR) (Entered: 01/09/2025) |
| 01/21/2025 | 28 | NOTICE *to the Court Regarding Forfeiture* by USA as to Justin Alan Seymour (Muench, James) (Entered: 01/21/2025) |
| 01/22/2025 | 29 | ORAL MOTION for Discovery by Justin Alan Seymour. (CDR) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 01/22/2025) |
| 01/22/2025 | 30 | ORAL MOTION for Reciiprocal Discovery by USA as to Justin Alan Seymour. (CDR) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 01/22/2025) |
| 01/22/2025 | 31 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: ORAL ORDER granting 29 ORAL MOTION for Discovery as to Justin Alan Seymour (1); ORAL ORDER granting 30 ORAL MOTION for Reciprocal Discovery as to Justin Alan Seymour (1); ARRAIGNMENT as to Justin Alan Seymour (1) Count 1, 1s, 2s, 3s, held on 1/22/2025 Defendant(s) pled not guilty. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 01/22/2025) |
| 02/06/2025 | 32 | **ENDORSED ORDER: A status conference has been scheduled for February 13, 2025, in this matter. Instead, the parties may file a joint status report by February 11, 2025. If the report is not timely filed, then counsel must attend the February 13, 2025, status conference. The status report should state when the parties believe that the case will be ready for trial. The defense should waive speedy trial through the end of the month for which they wish the case set. If the waiver from each defendant is not included in the report, then all counsel must attend the February 13, 2025, status conference. The parties should also provide an updated estimate of the length of trial and any issues that the Court should be aware of. Signed by Judge Virginia M. Hernandez Covington on 2/6/2025. (RAS)** (Entered: 02/06/2025) |
| 02/11/2025 | 33 | STATUS REPORT *JOINT* by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/11/2025) |
| 02/11/2025 | 34 | **ENDORSED ORDER as to Justin Seymour (1): The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through May 31, 2025, and the government does not object. The status conference currently scheduled for March 13, 2025, is reset for APRIL 17, 2025, at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Trial is reset for term commencing May 2025 in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 2/11/2025. (SRC)** (Entered: 02/11/2025) |
| 02/11/2025 | | |

| | | |
|---|---|---|
| | | Set/Reset Deadlines/Hearings as to Justin Alan Seymour: Trial reset for term commencing 5/5/2025 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (SRC) (Entered: 02/11/2025) |
| 03/28/2025 | 35 | **ENDORSED ORDER: A status conference has been scheduled for April 17, 2025, in this matter. Instead, the parties may file a joint status report by April 7, 2025. If the report is not timely filed, then counsel must attend the April 17, 2025, status conference. The status report should state when the parties believe that the case will be ready for trial. The defense should waive speedy trial through the end of the month for which they wish the case set. If the waiver from each defendant is not included in the report, then all counsel must attend the April 17, 2025, status conference. The Government should indicate if it opposes a continuance. If that is the case, the Government must inform the Court in the status report and all counsel must attend the April 17, 2025, status conference. The parties should also provide an updated estimate of the length of trial and any issues that the Court should be aware of. Signed by Judge Virginia M. Hernandez Covington on 3/28/2025. (MEJ)** (Entered: 03/28/2025) |
| 04/07/2025 | 36 | STATUS REPORT by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 04/07/2025) |
| 04/16/2025 | 37 | **ENDORSED ORDER: The Court continues the trial of this case as to Justin Alan Seymour to the August 2025 trial term. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Defendant waived speedy trial through August 31, 2025. (Doc. # 36 at 3). Jury Trial set for the August 2025 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for 7/17/2025 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 4/16/2025. (MG)** (Entered: 04/16/2025) |
| 06/27/2025 | 38 | **ENDORSED ORDER: A status conference has been scheduled for July 17, 2025, in this matter. Instead, the parties may file a joint status report by July 7, 2025. If the report is not timely filed, then counsel must attend the July 17, 2025, status conference. The status report should state when the parties believe that the case will be ready for trial. The defense should waive speedy trial through the end of the month for which they wish the case set. If the waiver from each defendant is not included in the report, then all counsel must attend the July 17, 2025, status conference. The Government should indicate if it opposes a continuance. If that is the case, the Government must inform the Court in the status report and all counsel must attend the July 17, 2025, status conference. The parties should also provide an updated estimate of the length of trial and any issues that the Court should be aware of. Signed by Judge Virginia M. Hernandez Covington on 6/27/2025. (MEJ)** (Entered: 06/27/2025) |
| 07/10/2025 | 39 | STATUS REPORT *Joint* by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 07/10/2025) |
| 07/11/2025 | 40 | **ENDORSED ORDER: The Court denies the defendant's request to continue trial. (Doc. # 39). Rather than stating that defense counsel "waived" or "has waived" speedy trial, the status report indicates that defense counsel "will waive" speedy trial. However, a waiver of speedy trial has not been forthcoming. Thus, the status conference scheduled for July 17, 2025, will proceed as scheduled, and all counsel must attend in−person. Signed by Judge Virginia M.** |

| | | |
|---|---|---|
| | | **Hernandez Covington on 7/11/2025. (RAS)** (Entered: 07/11/2025) |
| 07/17/2025 | 41 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Justin Alan Seymour held on 7/17/2025. Court Reporter: Lori Cecil Vollmer (MEJ) (Entered: 07/17/2025) |
| 07/17/2025 | 42 | ORAL MOTION to Continue trial by Justin Alan Seymour. (MEJ) (Entered: 07/17/2025) |
| 07/17/2025 | 43 | **ORAL ORDER granting 42 Oral Motion to Continue Trial as to Justin Alan Seymour (1). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Defendant waived speedy trial through September 30, 2025, and the government does not object to the continuance. Jury Trial set for the September 2025 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for August 14, 2025, at 9:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 7/17/2025. (MEJ)** (Entered: 07/17/2025) |
| 07/23/2025 | 44 | MOTION to Suppress Evidence by Justin Alan Seymour. (Stamm, Douglas) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 07/23/2025) |
| 07/23/2025 | 45 | MOTION for Hearing/Oral Argument by Justin Alan Seymour. (Stamm, Douglas). (Entered: 07/23/2025) |
| 07/25/2025 | 46 | **ENDORSED ORDER: A status conference has been rescheduled for August 6, 2025, in this matter. Instead, the parties may file a joint status report by August 1, 2025. If the report is not timely filed, then counsel must attend the August 6, 2025, status conference. The status report should state when the parties believe that the case will be ready for trial. The defense should waive speedy trial through the end of the month for which they wish the case set. If the waiver from each defendant is not included in the report, then all counsel must attend the August 6, 2025, status conference. The Government should indicate if it opposes a continuance. If that is the case, the Government must inform the Court in the status report and all counsel must attend the August 6, 2025, status conference. The parties should also provide an updated estimate of the length of trial and any issues that the Court should be aware of. Signed by Judge Virginia M. Hernandez Covington on 7/25/2025. (MEJ)** (Entered: 07/25/2025) |
| 08/01/2025 | 47 | STATUS REPORT *Joint* by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 08/01/2025) |
| 08/01/2025 | 48 | **ENDORSED ORDER: The Court grants the defendant's request for a continuance of trial. (Doc. # 47). The Status Conference scheduled for August 6, 2025, is cancelled. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through December 31, 2025, and the government does not object. Jury Trial set for November 2025 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for October 16, 2025, at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 8/1/2025. (MEG)** (Entered: 08/01/2025) |
| 08/04/2025 | 49 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING ON MOTION in case as to Justin Alan Seymour: 44 MOTION to Suppress *Evidence*. Motion Hearing set for 10/21/2025 at 01:30 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (MEJ) (Entered: 08/04/2025) |
| 08/06/2025 | 50 | RESPONSE in Opposition by USA as to Justin Alan Seymour re 44 MOTION to Suppress *Evidence* (Newman, Samantha) (Entered: 08/06/2025) |
| 10/03/2025 | 51 | NOTICE canceling Status Conference hearing scheduled for 10/16/2025 as to Justin Alan Seymour. (CAB) (Entered: 10/03/2025) |
| 10/09/2025 | 52 | Unopposed MOTION to Continue Motion Hearing by USA as to Justin Alan Seymour. (Newman, Samantha) (Entered: 10/09/2025) |
| 10/14/2025 | 53 | **ENDORSED ORDER denying without prejudice the government's unopposed motion to continue the hearing on the defendant's motion to suppress (Doc. # 52). This trial is currently set for the November trial term. If the Court continues the suppression hearing to the dates provided by counsel, the Court will not be able to try this case in November. The Court will need to continue the trial to December or perhaps even January. While the motion indicates that it is unopposed, the Court does not know if by agreeing to a continuation of the hearing, counsel for the defense understood the ramifications. Counsel should consult and file a joint notice by October 16, 2025, indicating whether they both are in agreement that this Court continue the trial to the December or January trial term. The Court will require a waiver of speedy trial through January 31, 2026. If not, there are other AUSAs that should be able to cover a two hour suppression hearing. If that is the case, the hearing will remain as scheduled for October 21, 2025, and the case will remain on the November calendar. Signed by Judge Virginia M. Hernandez Covington on 10/14/2025. (ATI)** (Entered: 10/14/2025) |
| 10/14/2025 | 54 | Unopposed MOTION to Continue trial by Justin Alan Seymour. (Stamm, Douglas) (Entered: 10/14/2025) |
| 10/15/2025 | 55 | **ENDORSED ORDER: The Court grants Defendant's unopposed motion to continue trial. (Doc. # 54). The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through January 31, 2026, and the government does not object. Jury Trial set for January 2026 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for December 11, 2025, at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 10/15/2025. (ATI)** (Entered: 10/15/2025) |
| 10/15/2025 | 56 | **ENDORSED ORDER: The Clerk is directed to cancel the October 21, 2025, hearing on Defendant Seymour's motion to suppress evidence (Doc. # 44), and reschedule the hearing to November 3, 2025, at 1:30 p.m. Signed by Judge Virginia M. Hernandez Covington on 10/15/2025. (ATI)** (Entered: 10/15/2025) |
| 10/17/2025 | 59 | **ENDORSED ORDER as to Justin Alan Seymour. A status conference has been scheduled for DECEMBER 11, 2025 in this matter. Instead, the parties may file a joint status report by DECEMBER 1, 2025. If the report is not timely filed, then counsel must attend the December 11, 2025 status conference. If that is the case, all counsel must attend the status conference in person, and they may not send a substitute or have co−counsel stand in for them absent approval from the** |

| | | |
|---|---|---|
| | | **Court with good cause shown. The status report should state when the parties believe that the case will be ready for trial. The defense should waive speedy trial through the end of the month for which they wish the case set. If the waiver from each defendant is not included in the report, then all counsel must attend the December 11, 2025 status conference. The Government should indicate if it opposes a continuance. If that is the case, the Government must inform the Court in the status report and all counsel must attend the December 11, 2025 status conference. The parties should also provide an updated estimate of the length of trial and any issues that the Court should be aware of. Signed by Judge Virginia M. Hernandez Covington on 10/17/2025. (CAB)** (Entered: 10/17/2025) |
| 10/31/2025 | 60 | NOTICE OF HEARING as to Justin Alan Seymour re: 44 Motion to Suppress Evidence. Motion Hearing set for 11/3/2025 at 01:30 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 10/31/2025) |
| 10/31/2025 | 61 | WITNESS LIST by Justin Alan Seymour (Stamm, Douglas) (Entered: 10/31/2025) |
| 10/31/2025 | 62 | EXHIBIT LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 10/31/2025) |
| 10/31/2025 | 63 | WITNESS LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 10/31/2025) |
| 11/03/2025 | 64 | **ENDORSED ORDER granting 45 Defendant's Motion for Oral Argument and Evidentiary Hearing as to Justin Alan Seymour (1). Signed by Judge Virginia M. Hernandez Covington on 11/3/2025. (CAB)** (Entered: 11/03/2025) |
| 11/03/2025 | 65 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: MOTION HEARING as to Justin Alan Seymour held on 11/3/2025 re: 44 Defendant's Motion to Suppress Evidence filed by Justin Alan Seymour. Court Reporter: Lori Cecil Vollmer (CAB) (Entered: 11/03/2025) |
| 11/03/2025 | 66 | GOVERNMENT'S EXHIBIT LIST and EXHIBIT by USA admitted into evidence at the Motion Hearing held on 11/3/2025 as to Justin Alan Seymour. NOTE: Government's Exhibits 1 and 2 are unscanned video and audio files contained on a thumb drive and stored in the United States District Court, Middle District of Florida, Tampa Division, Clerk's Office Exhibit Room. (CAB) (Entered: 11/03/2025) |
| 11/03/2025 | 67 | Tangible Item Received. One USB containing Government Exhibits 1 and 2, which was admitted into evidence at the motion hearing held on 11/3/2025 as to Justin Alan Seymour re: 66 Government's Exhibit List. Note: The thumb drive is stored in the United States District Court, Tampa Division's Exhibit Room. (CAB) (Entered: 11/03/2025) |
| 11/03/2025 | 68 | **ORAL ORDER denying, for the reasons articulated on the record at the motion hearing held on 11/3/2025, 44 Defendant's Motion to Suppress Evidence as to Justin Alan Seymour (1). Entered by Judge Virginia M. Hernandez Covington on 11/3/2025. (CAB)** (Entered: 11/03/2025) |
| 11/03/2025 | 69 | **ENDORSED ORDER: For the reasons stated on the record at the November 3, 2025 hearing, Defendant Justin Alan Seymour's motion to suppress (Doc. # 44) is denied. Signed by Judge Virginia M. Hernandez Covington on 11/3/2025. (DMD)** (Entered: 11/03/2025) |
| 12/08/2025 | 70 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Status Conference previously scheduled for 12/11/2025 at 9:30 AM is rescheduled as to |

| | | |
|---|---|---|
| | | Justin Alan Seymour. New hearing time: Status Conference set for 12/11/2025 at 02:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 12/08/2025) |
| 12/11/2025 | 71 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Justin Alan Seymour held on 12/11/2025. Samantha Newman appeared for the United States. Douglas Stamm appeared for Defendant Justin Alan Seymour (1). The defendant's motion to suppress was denied after a hearing held on November 3, 2025. The case is now in a trial posture. The parties are available for a jury trial the week of January 20, 2026. Hearing time: 02:21 − 02:26 (5 Minutes) (Text only entry). Court Reporter: Sharon A. Miller (CAB) (Entered: 12/11/2025) |
| 12/12/2025 | 72 | **ENDORSED ORDER Setting Trial as to Justin Alan Seymour. Jury Trial specifically set for 1/20/2026 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 12/12/2025. (CAB)** (Entered: 12/12/2025) |
| 12/19/2025 | 73 | **TRIAL CALENDAR for the January 2026 Trial Term as to Justin Alan Seymour. Date Certain Jury Trial set for 1/20/2026 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Guilty pleas should be held before the Magistrate Judge on or before Wednesday, December 31, 2025. Signed by Judge Virginia M. Hernandez Covington on 12/19/2025. (CAB)** (Entered: 12/19/2025) |
| 12/29/2025 | 74 | NOTICE OF TELEPHONE STATUS CONFERENCE as to Justin Alan Seymour: Telephonic Status Conference set for 12/29/2025 at 04:00 PM via WebEx before Judge Virginia M. Hernandez Covington. Counsel please call the Toll Free Number below and enter the Access Code. 1−855−244−8681 Toll Free1−650−479−3207 TollAccess code: 23018348744(CAB) (Entered: 12/29/2025) |
| 12/29/2025 | 75 | Minute Entry for Telephonic Conference held before Judge Virginia M. Hernandez Covington: TELEPHONIC CONFERENCE as to Justin Alan Seymour held on 12/29/2025. Samantha Newman appeared for the United States. Adam Allen, AFPD, stands in for Douglas Stamm, AFPD, and appeared for Defendant Justin Alan Seymour. Telephone conference held. Defendant will file a motion to continue the trial and a waiver of speedy trial. Hearing time: 04:02 − 04:23 (21 Minutes) (No Court Reporter Needed) (Text only entry). (CAB) (Entered: 12/29/2025) |
| 12/29/2025 | 76 | NOTICE OF HEARING as to Justin Alan Seymour: Status Conference set for 1/15/2026 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 12/29/2025) |
| 12/30/2025 | 77 | MOTION to Continue trial by Justin Alan Seymour. (Stamm, Douglas) (Entered: 12/30/2025) |
| 12/30/2025 | 78 | **ENDORSED ORDER: The Court grants the defendant's motion for a continuance of trial (Doc. # 77). The Jury Trial scheduled for January 20, 2026, is cancelled. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. The defendant has waived speedy trial through April 30, 2026, and the government does not object. Jury Trial set for February 2026 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Status Conference set for January 15, 2026, at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M.** |

| | | |
|---|---|---|
| | | **Hernandez Covington on 12/30/2025. (MEG)** (Entered: 12/30/2025) |
| 01/06/2026 | 79 | TRANSCRIPT of MOTION TO SUPPRESS as to Justin Alan Seymour held on 11−3−25 before Judge VIRGINIA COVINGTON. Court Reporter/Transcriber: Lori Ann Cecil Vollmer. Email address: lori_cecilvollmer@flmd.uscourts.gov. Telephone number: 8133305336.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 1/27/2026. Redacted Transcript Deadline set for 2/6/2026. Release of Transcript Restriction set for 4/6/2026. (LAC) (Entered: 01/06/2026) |
| 01/14/2026 | 80 | MOTION for Miscellaneous Relief, specifically to offer evidence of defendant's prior convictions at trial by USA as to Justin Alan Seymour. (Newman, Samantha) Modified text to remove capitalization on 1/15/2026 (AM). (Entered: 01/14/2026) |
| 01/15/2026 | 81 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Justin Alan Seymour held on 1/15/2026. Samantha Newman appeared for the United States. Douglas Stamm appeared for Defendant Justin Alan Seymour. This case is tentatively set for trial the week of February 23, 2026, or during the March 2026 trial term.The estimated length of the trial is 4 days.The defendant previously waived speedy trial through April 30, 2026. Hearing time: 09:52 − 09:55 (3 Minutes) (Text only entry). Court Reporter: Lori Cecil Vollmer (CAB) (Entered: 01/16/2026) |
| 01/22/2026 | 82 | NOTICE OF HEARING as to Justin Alan Seymour: Status Conference set for 2/4/2026 at 02:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 01/22/2026) |
| 01/30/2026 | 83 | TRANSCRIPT of INITIAL APPEARANCE/PRELIMINARY HEARING as to Justin Alan Seymour held on OCTOBER 24, 2024 before Judge THOMAS G. WILSON. Court Reporter/Transcriber: SHARON A. MILLER. Email address: sharon_miller@flmd.uscourts.gov. Telephone number: 8133015041.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/20/2026. Redacted Transcript Deadline set for 3/2/2026. Release of Transcript Restriction set for 4/30/2026. (SAM) (Entered: 01/30/2026) |
| 02/02/2026 | 84 | **TRIAL CALENDAR FOR THE FEBRUARY 2026 TRIAL TERM as to Justin Alan Seymour. Jury Trial set for the February 2026 trial term commencing 2/2/2026 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. Guilty pleas should be held before the Magistrate Judge on or before Wednesday, January 28, 2026. Signed by Judge Virginia M.** |

| | | |
|---|---|---|
| | | **Hernandez Covington on 2/2/2026. (CAB)** (Entered: 02/02/2026) |
| 02/04/2026 | 85 | NOTICE *of Intent to Introduce Summary Exhibits* by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/04/2026) |
| 02/04/2026 | 86 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Justin Alan Seymour held on 2/4/2026. Samantha Newman appeared for the United States. Douglas Stamm appeared for Defendant Justin Alan Seymour. The parties updated the Court on the status of the defendant and trial. This case is tentatively set for trial the week of February 23, 2026, otherwise, it will be tried during the March 2026 trial term. Mr. Stamm informs the Court that he has travel plans the week of March 16, 2026, which is Spring Break, and will file a motion for protection. The estimated length of the trial is 3−4 days. Hearing time: 02:22 − 02:25 (3) (Text only entry). Court Reporter: Rebecca Sabo (CAB) (Entered: 02/05/2026) |
| 02/05/2026 | 87 | **ENDORSED ORDER granting the government's motion to offer evidence of Defendant's prior conviction at trial as Federal Rule of Evidence 404(b) evidence (Doc. # 80), through which the government seeks to introduce Defendant's prior Florida conviction for robbery with a firearm from 2019. Defendant has failed to respond to the motion and the motion is thus deemed unopposed. Even if the fact of a prior conviction is stipulated to for purposes of proving status as a felon, evidence of the conviction may nevertheless be admissible under Rule 404(b) if it serves a purpose beyond proving status. See Old Chief v. United States, 519 U.S. 172, 190 (1997) ("[I]f, indeed, there were a justification for receiving evidence of the nature of prior acts on some issue other than status (i.e., to prove 'motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident,' Fed. Rule Evid. 404(b)), Rule 404(b) guarantees the opportunity to seek its admission."). To be admissible under Rule 404(b), "[f]irst, the evidence must be relevant to an issue other than the defendant's character." United States v. Jernigan, 341 F.3d 1273, 1280 (11th Cir. 2003) (citation omitted), abrogated in part on other grounds by Rehaif v. United States, 588 U.S. 225 (2019). "Second, as part of the relevance analysis, there must be sufficient proof so that a jury could find that the defendant committed the extrinsic act." Id. (citation omitted). "Third, the evidence must possess probative value that is not substantially outweighed by its undue prejudice, and the evidence must meet the other requirements of Rule 403." Id. (citation omitted). Here, all three requirements are met. For the first requirement, the Court agrees with the government that "evidence that the Defendant had the requisite intent to commit a commercial robbery with a firearm in 2019... is relevant to show that he possessed the same intent in the instant case," as well as showing "knowledge, motive, and lack of mistake or accident." (Doc. # 80 at 5−6). Defendant "by pleading not guilty, made 'intent a material issue which imposes a substantial burden on the government to prove,' which it may do by providing 'qualifying Rule 404(b) evidence.'" United States v. Stepherson, 838 F. App'x 438, 444 (11th Cir. 2020) (quoting United States v. Edouard, 485 F.3d 1324, 1345 (11th Cir. 2007) ). "When the government offers a prior conviction to prove intent, 'its relevance is determined by comparing the defendant's state of mind in perpetrating both the extrinsic and charged offenses.' If the state of mind for both offenses is the same, the first prong of the Rule 404(b) test is satisfied." Id. (citations omitted). As the Eleventh Circuit has previously noted, "the elements for Florida robbery and Hobbs Act robbery are very similar... And the two acts require the same state of mind, namely, an** |

| | | |
|---|---|---|
| | | **intent to knowingly take someone else's property by means of actual or threatened force or violence." Id. (citations omitted). As to the second requirement, the certified copy of the judgment for Defendant's prior conviction is sufficient proof that he committed the crime of which he was convicted. See United States v. Calderon, 127 F.3d 1314, 1332 (11th Cir. 1997) ("It is elementary that a conviction is sufficient proof that he committed the prior act."), holding modified by United States v. Toler, 144 F.3d 1423 (11th Cir. 1998). Finally, the probative value of Defendant's prior conviction is not outweighed by the risk of undue prejudice. "[T]his determination lies within the sound discretion of the district judge and calls for a 'common sense assessment of all the circumstances surrounding the extrinsic offense,' including prosecutorial need, overall similarity between the extrinsic act and the charged offense, as well as temporal remoteness." Id. (citation omitted). The Court agrees with the government that the probative value of the past conviction for establishing Defendant's intent, motive, knowledge, and absence of mistake or accident outweighs any undue prejudice. The prior robbery and the current Hobbs Act robbery are similar and are separated by approximately 5 years. While the prior conviction should be admitted, the Court intends to give a limiting instruction at trial. See Edouard, 485 F.3d at 1346 ("[A]ny unfair prejudice possibly caused by admitting evidence of Edouard's prior smuggling activities was mitigated by the district court's limiting instruction to the jury. Thus, the probative value of the evidence in question was not substantially outweighed by undue prejudice." (citation omitted)) Signed by Judge Virginia M. Hernandez Covington on 2/5/2026. (DMD)** (Entered: 02/05/2026) |
| 02/05/2026 | 88 | MOTION for Miscellaneous Relief, specifically Protection from Trial by Justin Alan Seymour. (Stamm, Douglas) (Entered: 02/05/2026) |
| 02/05/2026 | 89 | **ENDORSED ORDER granting Defendant's Motion for Protection from Trial (Doc. # 88). Defendant is protected from trial from March 16 through March 20, 2026. Signed by Judge Virginia M. Hernandez Covington on 2/5/2026. (MEG)** (Entered: 02/05/2026) |
| 02/17/2026 | 92 | **TRIAL CALENDAR FOR THE MARCH 2026 TRIAL TERM as to Justin Alan Seymour. Guilty pleas should be held before the Magistrate Judge on or before Wednesday, February 25, 2026. Signed by Judge Virginia M. Hernandez Covington on 2/17/2026. (CAB)** (Entered: 02/17/2026) |
| 02/18/2026 | 93 | NOTICE *of Filing Certification of Authentication of Business Records* by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/18/2026) |
| 02/20/2026 | 94 | EXHIBIT LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/20/2026) |
| 02/20/2026 | 95 | WITNESS LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/20/2026) |
| 02/20/2026 | 96 | Proposed Jury Instructions by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/20/2026) |
| 02/20/2026 | 97 | PROPOSED Voir Dire by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 02/20/2026) |
| 02/20/2026 | 98 | NOTICE OF ATTORNEY APPEARANCE: Ryan J. Maguire appearing for Justin Alan Seymour *as Co−Counsel* (Maguire, Ryan) (Entered: 02/20/2026) |

| | | |
|---|---|---|
| 02/23/2026 | 99 | MOTION to Continue trial *until on or after March 23, 2026* by Justin Alan Seymour. (Maguire, Ryan) (Entered: 02/23/2026) |
| 02/24/2026 | 100 | **ENDORSED ORDER granting Defendant's "Motion to Continue Trial" (Doc. # 99). Although styled as a motion to continue the trial, the Court treats the motion as a motion for protection. In light of the circumstances outlined in the motion, this case will be called for trial on or after March 23, 2026. Signed by Judge Virginia M. Hernandez Covington on 2/24/2026. (MEG)** (Entered: 02/24/2026) |
| 03/04/2026 | 101 | NOTICE OF HEARING as to Justin Alan Seymour: Status Conference set for 3/19/2026 at 09:30 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 03/04/2026) |
| 03/06/2026 | 102 | MOTION to Continue trial by Justin Alan Seymour. (Maguire, Ryan) (Entered: 03/06/2026) |
| 03/08/2026 | 103 | **ENDORSED ORDER granting in part and denying in part 102 Motion to Continue as to Justin Alan Seymour (1). Under the circumstances explained in the motion, the Court is left with little choice but to continue this trial, but rather to the April trial term with a March status. The Court understands that the motion to continue to May is opposed by the United States and that a response was to have been forthcoming, but both sides will have the opportunity to argue this matter at the March status. The Court notes that the United States was in agreement with the multiple requests for continuances such as the continuance granted by the Court on December 12, 2024; February 11, 2025; April 16, 2025; July 17, 2025; August 1, 2025; October 15, 2025; and December 30, 2025. Frustrated by the fact that there had been delay after delay in getting this case to trial, the Court set the case for trial in March after both the United States and the defense had multiple previous conflicts that they described to the Court. Accordingly, the Court was adamant that there would be no more continuances. In consideration of Mr. Stamm's request that he be permitted to spend Spring break with his children, the Court granted his request for protection and the case was to be tried in late March. The Court cleared its calendar and has been fully prepared to hear this case. Now that Mr. Stamm has taken a leave, the Court finds that continuing this matter to April is appropriate. The Court is not prepared to continue this case to the May trial term, especially when considering that the Federal Defender's Office has had approximately 15 months to prepare for trial in this very routine case, and that the United States has now objected for the very first time. The motion to continue states that Mr. Seymour has waived speedy trial through July 31, 2026. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and defendant in a speedy trial. Trial is set for April with a status set for March 19, 2026, at 9:30 a.m. Signed by Judge Virginia M. Hernandez Covington on 3/8/2026. (Covington, Virginia)** (Entered: 03/08/2026) |
| 03/09/2026 | | Set/Reset Deadlines/Hearings as to Justin Alan Seymour: Jury Trial set for the April 2026 trial term commencing 4/6/2026 at 09:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 03/09/2026) |
| 03/16/2026 | 104 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Status Conference previously scheduled for 3/19/2026 at 9:30 AM is rescheduled as to Justin Alan Seymour. New hearing time: Status Conference set for 3/19/2026 at |

| | | |
|---|---|---|
| | | 10:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (CAB) (Entered: 03/16/2026) |
| 03/19/2026 | 105 | Minute Entry for In Person proceedings held before Judge Virginia M. Hernandez Covington: STATUS CONFERENCE as to Justin Alan Seymour held on 3/19/2026. Samantha Newman appeared for the United States. Ryan Maguire appeared for Defendant Justin Alan Seymour. Mr. Maguire was recently assigned to this case as co−counsel due to Mr. Stamm's unexpected leave of absence. This case will remain on the April 2026 trial calendar and will be called for trial either on Monday, April 13, 2026, or Monday, April 20, 2026. Ms. Newman has conflicts in April and will file a motion for protection. Hearing time: 11:10 − 11:17 (7 Minutes) (Text only entry). Court Reporter: Lori Cecil Vollmer (CAB) (Entered: 03/23/2026) |
| 03/24/2026 | 106 | **TRIAL CALENDAR for the April 2026 Trial Term as to Justin Alan Seymour. Guilty pleas should be held before the Magistrate Judge on or before Wednesday, April 1, 2026. Signed by Judge Virginia M. Hernandez Covington on 3/24/2026. (CAB)** (Entered: 03/24/2026) |
| 03/27/2026 | 110 | NOTICE *of filing Proposed Jury Instructions and Verdict Forms* by Justin Alan Seymour (Attachments: # 1 Proposed Verdict Form, # 2 Proposed Jury Instructions)(Maguire, Ryan) (Entered: 03/27/2026) |
| 04/03/2026 | 111 | **ENDORSED ORDER: The deadline for filing proposed verdict forms was March 27, 2026. (Doc. # 106 at 1). A review of the docket reveals that the government has not filed its proposed verdict form. Accordingly, the government is directed to file a proposed verdict form by April 7, 2026. Signed by Judge Virginia M. Hernandez Covington on 4/3/2026. (MEG)** (Entered: 04/03/2026) |
| 04/06/2026 | 112 | PROPOSED verdict form filed by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 04/06/2026) |
| 04/08/2026 | 113 | NOTICE OF HEARING as to Justin Alan Seymour: Jury Trial scheduled for April 13, 2026, at 9:00 AM in Tampa Courtroom 14B before Judge Virginia M. Hernandez Covington. (GSO) (Entered: 04/08/2026) |
| 04/09/2026 | 114 | EXHIBIT LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 04/09/2026) |
| 04/10/2026 | 115 | EXHIBIT LIST by Justin Alan Seymour (Stamm, Douglas) (Entered: 04/10/2026) |
| 04/10/2026 | 116 | WITNESS LIST by Justin Alan Seymour (Stamm, Douglas) (Entered: 04/10/2026) |
| 04/10/2026 | 117 | EXHIBIT LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 04/10/2026) |
| 04/13/2026 | 119 | MINUTE ENTRY for 4/13/2026 in−person Jury Selection and Trial as to Justin Alan Seymour before Judge Virginia M. Hernandez Covington. Court Reporter: David Collier (GSO) (Entered: 04/13/2026) |
| 04/14/2026 | 120 | MINUTE ENTRY for 4/14/2026 in−person Jury Trial (Day Two) as to Justin Alan Seymour before Judge Virginia M. Hernandez Covington. Court Reporter: Rebecca Sabo (GSO) (Entered: 04/14/2026) |
| 04/15/2026 | 121 | MINUTE ENTRY for 4/15/2026 in−person Jury Trial (Day Three) as to Justin Alan Seymour before Judge Virginia M. Hernandez Covington. Court Reporter: Rebecca |

| | | |
|---|---|---|
| | | Sabo (GSO) (Entered: 04/15/2026) |
| 04/15/2026 | 122 | ORAL MOTION for Judgment of Acquittal by Justin Alan Seymour. (GSO) (Entered: 04/15/2026) |
| 04/15/2026 | 123 | STIPULATION by USA as to Justin Alan Seymour . (Newman, Samantha) (Entered: 04/15/2026) |
| 04/15/2026 | 124 | **ORAL ORDER denying 122 Motion for Judgment of Acquittal as to Justin Alan Seymour. Signed by Judge Virginia M. Hernandez Covington on 4/15/2026. (GSO)** (Entered: 04/15/2026) |
| 04/15/2026 | 125 | STIPULATION by USA as to Justin Alan Seymour . (Newman, Samantha) (Entered: 04/15/2026) |
| 04/15/2026 | 126 | STIPULATION by USA as to Justin Alan Seymour . (Newman, Samantha) (Entered: 04/15/2026) |
| 04/15/2026 | 127 | JURY NOTES as to Justin Alan Seymour. (Attachments: # 1 Restricted Unredacted Jury Notes) (GSO) (Entered: 04/15/2026) |
| 04/15/2026 | 128 | COURT'S JURY INSTRUCTIONS as to Justin Alan Seymour. (GSO) (Entered: 04/15/2026) |
| 04/15/2026 | 129 | REDACTED INDICTMENT as provided to the jury for their deliberations. (GSO) (Entered: 04/15/2026) |
| 04/15/2026 | 130 | JURY VERDICT as to Justin Alan Seymour. Guilty on Counts 1s, 2s, and 3s. (Attachments: # 1 Restricted Unredacted Jury Verdict) (GSO) (Entered: 04/15/2026) |
| 04/15/2026 | 132 | EXHIBIT LIST filed by Justin Alan Seymour at Jury Trial. Exhibits 2, 3, and 10 are USBs (audio / video) and are on file in the clerk's office. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 1c, # 4 Exhibit 1d, # 5 Exhibit 1e, # 6 Exhibit 1f, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9a, # 13 Exhibit 9b, # 14 Exhibit 9c, # 15 Exhibit 9d, # 16 Exhibit 9e) (GSO) (Entered: 04/29/2026) |
| 04/15/2026 | 133 | Tangible Item Received. Three USBs by Justin Alan Seymour re 132 Exhibit List. Stored in the file room. (GSO) (Entered: 04/29/2026) |
| 04/15/2026 | 136 | EXHIBIT LIST filed by USA at Jury Trial. Exhibits 1, 3 (a−c), 7, 9, 10 (a−b), 13 (a−e), 19 (a−cc), 21, and 33 are USBs (audio / video) and are on file in the clerk's office. Exhibits 11, 12, 23, 24, 25, and 27−30 were retained by counsel because they are tangible exhibits. Because they are unable to be docketed, pictures of the tangible exhibits are substituted on the docket. (Attachments: # 1 Exhibit 2a, # 2 Exhibit 2b, # 3 Exhibit 2c, # 4 Exhibit 2d, # 5 Exhibit 2e, # 6 Exhibit 2f, # 7 Exhibit 2g, # 8 Exhibit 2h, # 9 Exhibit 2i, # 10 Exhibit 2j, # 11 Exhibit 2k, # 12 Exhibit 2l, # 13 Exhibit 2m, # 14 Exhibit 2n, # 15 Exhibit 2o, # 16 Exhibit 4a, # 17 Exhibit 4b, # 18 Exhibit 4c, # 19 Exhibit 4d, # 20 Exhibit 4e, # 21 Exhibit 4f, # 22 Exhibit 4g, # 23 Exhibit 4h, # 24 Exhibit 4i, # 25 Exhibit 4j, # 26 Exhibit 4k, # 27 Exhibit 5, # 28 Exhibit 6a, # 29 Exhibit 6b, # 30 Exhibit 6c, # 31 Exhibit 6d, # 32 Exhibit 6e, # 33 Exhibit 6f, # 34 Exhibit 8, # 35 Exhibit 11r, # 36 Exhibit 12r, # 37 Exhibit 14, # 38 Exhibit 15a, # 39 Exhibit 15b, # 40 Exhibit 15c, # 41 Exhibit 15d, # 42 Exhibit 15e, # 43 Exhibit 15f, # 44 Exhibit 15g, # 45 Exhibit 15h, # 46 Exhibit 15i, # 47 Exhibit 16a, # 48 Exhibit 16b, # 49 Exhibit 16c, # 50 Exhibit 16d, # 51 Exhibit 16e, # 52 Exhibit 16f, # 53 Exhibit 16g, # 54 Exhibit 16h, # 55 Exhibit 16i, # 56 Exhibit 16j, # 57 Exhibit 16k, # |

| | | |
|---|---|---|
| | | 58 Exhibit 17a, # 59 Exhibit 17b, # 60 Exhibit 17c, # 61 Exhibit 17d, # 62 Exhibit 18a, # 63 Exhibit 18b, # 64 Exhibit 18c, # 65 Exhibit 18d, # 66 Exhibit 18e, # 67 Exhibit 18f, # 68 Exhibit 18g, # 69 Exhibit 18h, # 70 Exhibit 18i, # 71 Exhibit 18j, # 72 Exhibit 18k, # 73 Exhibit 18l, # 74 Exhibit 18m, # 75 Exhibit 18n, # 76 Exhibit 18o, # 77 Exhibit 18p, # 78 Exhibit 18q, # 79 Exhibit 18r, # 80 Exhibit 18s, # 81 Exhibit 18t, # 82 Exhibit 22, # 83 Exhibit 23r, # 84 Exhibit 24r, # 85 Exhibit 25r, # 86 Exhibit 26, # 87 Exhibit 28r, # 88 Exhibit 29r, # 89 Exhibit 31r, # 90 Exhibit 32a, # 91 Exhibit 32b)(GSO) (Entered: 05/27/2026) |
| 04/15/2026 | 137 | Tangible Items Received. 9 DVDs by United States as to Justin Alan Seymour re 136 Exhibit List. Stored in the file room. (GSO) (Entered: 05/27/2026) |
| 04/16/2026 | 131 | **ADJUDICATON OF GUILT AND SCHEDULING ORDER as to Justin Alan Seymour: The defendant is adjudicated guilty as to Counts One, Two, and Three. The Sentencing is scheduled for July 14, 2026, at 10:00 AM, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida. Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify the CRD if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than seven (7) days before the sentencing date. Signed by Judge Virginia M. Hernandez Covington on 4/16/2026. (GSO)** (Entered: 04/16/2026) |
| 05/14/2026 | 134 | Unopposed MOTION to Continue Sentencing Hearing by Justin Alan Seymour. (Stamm, Douglas) (Entered: 05/14/2026) |
| 05/14/2026 | 135 | **ENDORSED ORDER granting 134 Defendant's Unopposed Motion to Continue Sentencing as to Justin Alan Seymour. The Sentencing is rescheduled for August 5, 2026, at 2:30 PM, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida. Signed by Judge Virginia M. Hernandez Covington on 5/14/2026. (GSO)** (Entered: 05/14/2026) |
| 07/29/2026 | 139 | SENTENCING MEMORANDUM by Justin Alan Seymour (Stamm, Douglas) (Entered: 07/29/2026) |
| 07/29/2026 | 142 | SENTENCING MEMORANDUM by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 07/29/2026) |
| 07/30/2026 | 143 | NOTICE OF RESCHEDULING HEARING: The Sentencing previously scheduled for August 5, 2026, is rescheduled as to Justin Alan Seymour. New hearing date and time: Sentencing rescheduled for August 7, 2026, at 3:30 PM in Tampa Courtroom 14B before Judge Virginia M. Hernandez Covington. (GSO) (Entered: 07/30/2026) |
| 07/30/2026 | 144 | Unopposed MOTION to Continue Sentencing Hearing by Justin Alan Seymour. (Stamm, Douglas) (Entered: 07/30/2026) |
| 08/06/2026 | 145 | **ENDORSED ORDER granting 144 Defendant's Unopposed Motion to Continue Sentencing as to Justin Alan Seymour. Sentencing rescheduled for September 2, 2026, at 3:30 PM in Tampa Courtroom 14B before Judge Virginia M. Hernandez Covington. Signed by Judge Virginia M. Hernandez Covington on 8/6/2026. (GSO)** (Entered: 08/06/2026) |
| 08/26/2026 | 146 | First MOTION to Continue Sentencing Hearing by USA as to Justin Alan Seymour. (Newman, Samantha) (Entered: 08/26/2026) |

| | | |
|---|---|---|
| 08/26/2026 | 147 | Second MOTION to Continue Sentencing by USA as to Justin Alan Seymour. (Newman, Samantha) (Entered: 08/26/2026) |
| 08/28/2026 | 148 | **ENDORSED ORDER denying as moot 146 Motion to Continue Sentencing and denying 147 Amended Motion to Continue Sentencing as to Justin Alan Seymour. Signed by Judge Virginia M. Hernandez Covington on 8/28/2026. (GSO)** (Entered: 08/28/2026) |
| 08/31/2026 | 149 | WITNESS LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 08/31/2026) |
| 08/31/2026 | 150 | EXHIBIT LIST by USA as to Justin Alan Seymour (Newman, Samantha) (Entered: 08/31/2026) |
| 09/02/2026 | 151 | NOTICE OF RESCHEDULING HEARING: The Sentencing previously scheduled for September 2, 2026, is rescheduled as to Justin Alan Seymour. New hearing date and time: Sentencing rescheduled for September 8, 2026, at 10:00 AM in Tampa Courtroom 14B before Judge Virginia M. Hernandez Covington. (GSO) (Entered: 09/02/2026) |
| 09/08/2026 | 152 | MINUTE ENTRY for 9/8/2026 in−person Sentencing of Justin Alan Seymour before Judge Virginia M. Hernandez Covington; Count 1, Dismissed on the United States' motion; Count 1s, IMPRISONMENT: 132 months, consecutive to Count Two and concurrent with Count Three; SUPERVISED RELEASE: 3 years, concurrent with Counts Two and Three; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100; Count 2s, IMPRISONMENT: 84 months, consecutive to Counts One and Three; SUPERVISED RELEASE: 5 years, concurrent with Counts One and Three; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100; Count 3s, IMPRISONMENT: 132 months, consecutive to Count Two and concurrent with Count One; SUPERVISED RELEASE: 3 years, concurrent with Counts One and Two; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100. Court Reporter: Lori Cecil Vollmer (GSO) (Entered: 09/08/2026) |
| 09/09/2026 | 153 | **JUDGMENT as to Justin Alan Seymour; Count 1, Dismissed on the United States' motion; Count 1s, IMPRISONMENT: 150 months, consecutive to Count Two and concurrent with Count Three; SUPERVISED RELEASE: 3 years, concurrent with Counts Two and Three; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100; Count 2s, IMPRISONMENT: 84 months, consecutive to Counts One and Three; SUPERVISED RELEASE: 5 years, concurrent with Counts One and Three; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100; Count 3s, IMPRISONMENT: 150 months, consecutive to Count Two and concurrent with Count One; SUPERVISED RELEASE: 3 years, concurrent with Counts One and Two; FINE: Waived; RESTITUTION: None; SPECIAL ASSESSMENT: $100. Signed by Judge Virginia M. Hernandez Covington on 9/8/2026. (GSO)** (Entered: 09/09/2026) |
| 09/10/2026 | 155 | NOTICE OF APPEAL by Justin Alan Seymour re 153 Judgment. Filing fee not paid. (Stamm, Douglas) (Entered: 09/10/2026) |
| 09/10/2026 | 156 | **AMENDED JUDGMENT as to Justin Alan Seymour: Amended to correct typo in length of imprisonment. Signed by Judge Virginia M. Hernandez Covington on 9/10/2026. (GSO)** (Entered: 09/10/2026) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JUDGMENT IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

v.

JUSTIN ALAN SEYMOUR

Case Number: 8:24-cr-486-VMC-NHA
USM Number: 43037-511

Douglas Stamm and Ryan Maguire, AFPD

A jury found the defendant guilty of Counts One, Two, and Three of the Superseding Indictment, and he is adjudicated guilty of these offenses:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNTS |
|---|---|---|---|
| 18 U.S.C. §§ 1951(a) and (b), and 2 | Hobbs Act Robbery | October 21, 2024 | One |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence | October 21, 2024 | Two |
| 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(8) | Possession of a Firearm by a Convicted Felon | October 23, 2024 | Three |

The defendant is sentenced as provided in this judgment in accord with 18 U.S.C. § 3553(a) and the Sentencing Reform Act of 1984, to the extent applicable after *United States. v. Booker*, 543 U.S. 220 (2005).

The underlying indictment is dismissed on the United States' motion.

The defendant must notify the United States Attorney for this district within thirty days after any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Sentence imposed on September 8, 2026

Virginia M. Covington

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

September 8, 2026

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for **234 months**, consisting of 150 months as to Counts One and Three, to run concurrently, and 84 months as to Count Two, to run consecutively.

_X_ The Court recommends confinement at a Bureau of Prisons facility where he can participate in training to obtain his Commercial Driver's License and in the Residential Drug Abuse Program (RDAP). As an alternative, the Court recommends participation in culinary arts or cosmetology training.

_X_ The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district.

__ at __ a.m./p.m. on __.
__ as notified by the United States Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

__ before 2 p.m. on __.
__ as notified by the United States Marshal.
__ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________________________

Defendant delivered on ______________________________ to ______________________________

at ______________________________, with a certified copy of this judgment.

______________________________
United States Marshal

By:______________________________
Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **5 years**, consisting of 3 years as to Counts One and Three and 5 years as to Count Two, all such terms to run concurrently

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ___ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ___ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. _X_ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ___ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ___ You must participate in an approval program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature ______________________________ Date ______________

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

2. You shall have no contact, direct or indirect, with victims identified in Count One.

3. You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

4. You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

5. You shall provide the probation officer access to any requested financial information.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accord with the schedule of payments.

| Assessment | Restitution | Fine | AVAA Assessment | JVTA Assessment |
|---|---|---|---|---|
| $300.00 | None | Waived | N/A | N/A |

## SCHEDULE OF PAYMENTS

In accord with his ability, the defendant must pay the total criminal monetary penalties as follows:

Special Assessment must be paid in full and is due immediately.

Unless expressly ordered otherwise in the special instructions above and if this judgment imposes imprisonment, the defendant must pay a criminal monetary penalty and during the time of imprisonment. A criminal monetary penalty, except a payment, through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are payable to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States attorney.

The defendant must receive credit for any previous payment toward any criminal monetary penalty imposed.

Payments must apply in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No: 8:24-CR-486-VMC-NHA**

**JUSTIN ALAN SEYMOUR**
**________________________________/**

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant, JUSTIN ALAN SEYMOUR, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on September 8, 2026 (Doc. 153).

Dated this 10th day of September 2026.

CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

***/s/ Douglas Stamm***
Douglas Stamm, Esq.
Florida Bar No. 92069
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Douglas_Stamm@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September 2026 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

***/s/ Douglas Stamm***
Douglas Stamm, Esq.
Assistant Federal Defender