**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:24-cr-486-VMC-NHA**

**JUSTIN ALAN SEYMOUR**
______________________________________/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Justin Alan Seymour, in the above-styled cause.

The Clerk is requested to enter the appearance of Laura J. Daines as counsel for the Defendant for purposes of appeal.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Laura J. Daines*

Laura J. Daines, Esq.
Assistant Federal Defender
Florida Bar Number 105060
400 North Tampa Street, Ste. 2700
Tampa, FL. 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Laura_Daines@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to the U. S. Attorney's Office.

*/s/ Laura J. Daines*
Laura J. Daines, Esq.
Assistant Federal Defender