**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:24-cr-486-VMC-NHA**

**JUSTIN ALAN SEYMOUR**
______________________________________/

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that the above-named Defendant, Justin Alan Seymour, appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Judgment in a Criminal Case entered in this action on September 10, 2026. Doc. 156.

Dated this 11th day of September 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

***/s/ Laura J. Daines***

Laura J. Daines, Esq.
Assistant Federal Public Defender
Florida Bar Number 105060
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-Mail: Laura_Daines@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Secretary, Florida Department of Corrections.

***/s/ Laura J. Daines***
Laura J. Daines, Esq.
Counsel of Record