

Exhibit2