


Exhibit 3